**FILED**

JUN - 8 2018

Clerk, U.S. District and
Bankruptcy Courts

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Criminal No.: 18-CR-170 (KBJ)** |
| | ) | |
| **v.** | ) | |
| | ) | **Arraignment Date 6/12/18** |
| **JAMES A. WOLFE** | ) | |

### Motion for a Booking Order

The United States respectfully moves this Court to sign a Booking Order attached as Exhibit A to expedite the processing of the defendant, James A. Wolfe, who has been arrested, charged, and released in this matter in the District of Maryland.  Wolfe was released by the U.S. District Court in Maryland on June 8, 2018, and ordered to: 1) report to the FBI's Washington Field Office in the District of Columbia on June 11, 2018 for booking in this matter, and 2) report to this Court for his Arraignment and Presentment in this matter on June 12, 2018.  As the Court is aware, booking of the defendant in advance of his hearing will greatly expedite the defendant's processing.

Wherefore, the United States requests the Court sign the attached Booking Order.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By:      /S/
TEJPAL S. CHAWLA
DC Bar: 464012
JOCELYN BALLANTINE
CA Bar: 208267
Assistant United States Attorneys
National Security Section
555 4th Street, N.W., 11th Floor
Washington, DC  20530
202-252-7280 (Chawla)
202-252-7252 (Ballantine)
Tejpal.chawla@usdoj.gov
Jocelyn.Ballantine2@usdoj.gov