UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN - 8 2018
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 18-CR-170 (KBJ)** |
| V. | |
| **JAMES A. WOLFE,** | |
| **Defendant.** | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to unseal the above-referenced Indictment. At this juncture, the United States does not believe that any circumstances remain to justify the continued sealing of this Indictment.

Magistrate Judge Meriweather issued an order to seal the indictment of James A. Wolfe on June 7, 2018. Defendant Wolfe was placed under arrest on the evening of June 7, 2018. Pursuant to the terms of Judge Meriweather's order, the United States now moves for the Indictment to be unsealed.

WHEREFORE, the United States respectfully requests that the Court grant the instant motion to unseal the above-referenced Indictment.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
DC Bar No. 472845

By:  _____/s/_____
Jocelyn S. Ballantine
Assistant United States Attorney
CA Bar No. 208267

United States Attorney's Office
555 4th Street NW, Room 11-445
Washington, D.C. 20530
(202) 252-7252
Jocelyn.Ballantine2@usdoj.gov