UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | CRIMINAL NO. 18-CR-170 (KBJ) |
|---|---|
| v. | |
| JAMES A. WOLFE, | |
| Defendant. | |

### ORDER

Upon due consideration of the representations set forth in Government's Motion to Unseal Indictment, it is hereby

**ORDERED** that the motion be **GRANTED**. Accordingly, it is

**FURTHER ORDERED,** that seal on the search warrant in this case be lifted.

SO ORDERED.

_6/8/18_                      _[signature]_
Date                           United States Magistrate Judge