

**U.S. Department of Justice**                                    **Booking and Processing Order**

~~United States Attorney~~

---

**UNITED STATES OF AMERICA**

          **v.**

**JAMES A. WOLFE**

**Court Case No. 18-CR-170**

**FILED**

**JUN 11 2018**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## ORDER

Upon a representation by the United States Attorney's Office that charges have been brought against defendant James A. Wolfe,

It is this 11th day of June 2018, **ORDERED**:

That the Metropolitan Police Department, FBI Special Agent Joshua Parker, or his designee, book, fingerprint, photograph, and process James A. Wolfe on a charge alleging a violation of making of false statements, in violation of 18. U.S.C. Section 1001, and at the conclusion thereof release the defendant pursuant to the conditions of release ordered by Maryland United States Magistrate Judge A. Mark Coulson which require defendant James A. Wolfe to appear before District of Columbia United States Magistrate Robin M. Meriweather on June 12, 2018 at 1:45 p.m.

**JUDGE ROBIN M. MERIWEATHER**
**Magistrate Judge**
**United States District Court for the**
**District of Columbia**