UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Cr No. 18-170 (KBJ) |
| | | UNDER SEAL |
| JAMES A. WOLFE, | : | |
| Defendant. | : | |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the attorney specified below.

Please send all notices and inquires to this attorney at the address listed.

Respectfully submitted,

_____"/s/"_____
A.J. KRAMER
FEDERAL PUBLIC DEFENDER
625 Indiana Ave., NW
Suite 550
Washington, DC  20004
(202) 208-7500
a._j._kramer@fd.org

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing document was served via electronic delivery on June 12, 2018, to:

> Tejpal Chawla
> Assistant United States Attorney
> U.S. Attorney's Office
> For the District of Columbia
> 555 Fourth Street, NW
> Washington, DC   20004

>  "/s/"
> _____
> A.J. KRAMER
> FEDERAL PUBLIC DEFENDER