# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES A. WOLFE,<br><br>Defendant. | Cr No. 18-170 (KBJ)<br><br>UNDER SEAL |

## DEFENDANT JAMES A. WOLFE'S
## UNOPPOSED MOTION TO CONTINUE INITIAL APPEARANCE

Defendant James A. Wolfe, hereby submits this unopposed motion to continue his initial appearance before this Court, currently set for 1:45 p.m. before Magistrate Judge Robin M. Meriweather on Tuesday, June 12, for one day to afford him the opportunity to complete the engagement of private counsel. Mr. Wolfe is engaged in discussion with private counsel to secure their services, that will likely be concluded with a one-day continuance of the initial appearance.

Counsel for the government, Assistant United States Attorney Tejpal Chawla, has indicated that he does not oppose this motion.

Should the Court grant this motion, Mr. Wolfe understands that he will be required to appear before Magistrate Judge Deborah A. Robinson at 1:30 p.m. on Wednesday, June 13, 2018, and that his current conditions of release, set on Friday, June 8, 2018, by Magistrate Judge J. Mark Coulson, in the District of Maryland, will remain in place pending that appearance.

For these reasons, Mr. Wolfe respectfully requests that the Court grant this unopposed motion and continue by one day his initial appearance in this Court to permit him to engage private counsel. A form of an Order is attached.

Dated: June 12, 2018                                  Respectfully submitted,

                                                                                    /s/
                                          A.J. KRAMER
                                          FEDERAL PUBLIC DEFENDER
                                          Office of the Federal Public Defender
                                          625 Indiana Avenue, N.W.
                                          Suite 550
                                          Washington, DC  20004
                                          Telephone: 202.208-7500
                                          Email: a._j._kramer@fd.org
                                          Attorney for James A. Wolfe

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true and correct copy of the foregoing document was forwarded via electronic delivery on June 12, 2018, to:

> Tejpal Chawla
> Assistant United States Attorney
> U.S. Attorney's Office
> for the District of Columbia
> 555 Fourth Street, N.W.
> Washington, D.C. 20001


        "/s/"
        A.J. Kramer

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Cr No. 18-170 (KBJ) |
| JAMES A. WOLFE, | UNDER SEAL |
| Defendant. | |

## ORDER

Upon consideration of Defendant James A. Wolfe's Unopposed Motion to Continue Initial Appearance, it is hereby **ORDERED** that:

1. Mr. Wolfe's Motion is **GRANTED**; and,

2. Mr. Wolfe's Initial Appearance shall now occur before Magistrate Judge Deborah A. Robinson at 1:30 p.m. on Wednesday, June 13, 2018; and,

3. Mr. Wolfe's conditions of release, set on June 8, 2018, by Magistrate Judge J. Mark Coulson, in the District of Maryland, will remain in effect pending that appearance.

**SO ORDERED.**

June 12, 2018

> Robin M. Meriweather
> United States Magistrate Judge