UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JAMES A. WOLFE,

    Defendant.

Cr No. 18-170 (KBJ)



FILED
JUN 12 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

### ORDER

Upon consideration of Defendant James A. Wolfe's Unopposed Motion to Continue Initial Appearance, it is hereby **ORDERED** that:

1. Mr. Wolfe's Motion is **GRANTED**; and,

2. Mr. Wolfe's Initial Appearance shall now occur before Magistrate Judge Deborah A. Robinson at ~~1:30~~ 2:00 p.m. on Wednesday, June 13, 2018; and,

3. Mr. Wolfe's conditions of release, set on June 8, 2018, by Magistrate Judge J. Mark Coulson, in the District of Maryland, will remain in effect pending that appearance.

**SO ORDERED.**

June 12, 2018

Robin M. Meriweather
United States Magistrate Judge