UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES A. WOLFE,<br><br>       Defendant. | CRIMINAL NO. 18-CR-170 (KBJ)<br><br>**FILED**<br>**JUN 1 2 2018**<br>Clerk, U.S. District & Bankruptcy<br>Courts for the District of Columbia |

### GOVERNMENT'S CORRECTED MOTION TO UNSEAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully moves the Court to unseal the above-referenced case in its entirety. At this juncture, the United States does not believe that any circumstances remain to justify the continued sealing of the case.

WHEREFORE, the United States respectfully requests that the Court grant the instant motion to unseal the case in its entirety.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
DC Bar No. 472845

By: _____/s/_____
Jocelyn S. Ballantine
Assistant United States Attorney
CA Bar No. 208267
United States Attorney's Office
555 4th Street NW, Room 11-445
Washington, D.C. 20530
(202) 252-7252
Jocelyn.Ballantine2@usdoj.gov