**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-CR-170 (KBJ) |
| v. | |
| JAMES A. WOLFE, | |
| Defendant. | |

**FILED**
**JUN 1 2 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**CORRECTED ORDER TO UNSEAL**

Upon due consideration of the representations set forth in Government's Corrected Motion to Unseal the case in its entirety, it is hereby

**ORDERED** that the motion be **GRANTED**. Accordingly, it is

**FURTHER ORDERED,** the case in its entirety be unsealed.

SO ORDERED.

_6/12/18_         _____
Date                  United States Magistrate Judge