NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.   Criminal Number  18-170 (KBJ)

James A. Wolfe
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA   ☒ RETAINED   ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Benjamin B. Klubes, DC Bar No. 428852
*(Attorney & Bar ID Number)*
Buckley Sandler LLP
*(Firm Name)*
1250 24th Street, N.W., Suite 700
*(Street Address)*
Washington, DC  20037
*(City)   (State)   (Zip)*
(202) 349-8000
*(Telephone Number)*