NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  18-170 (KBJ)

James A. Wolfe
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Preston Burton, DC Bar No. 426378
_(Attorney & Bar ID Number)_
Buckley Sandler LLP
_(Firm Name)_
1250 24th Street, N.W., Suite 700
_(Street Address)_
Washington, DC  20037
_(City)     (State)     (Zip)_
(202) 349-8000
_(Telephone Number)_