AO 442 (Rev 01/09) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America<br>v.<br>James A. Wolfe<br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:18-cr-00170<br>Assigned To : Judge Jackson, Ketanji Brown<br>Assign. Date : 6/7/2018<br>Description: INDICTMENT |

**ARREST WARRANT**

**FILED**
**JUN 13 2018**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   James A. Wolfe
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1001- False Statement

Date: 06/07/2018

*Issuing officer's signature*

City and state:   Washington, D.C.

United States Magistrate Judge Robin M. Meriweather
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* 6/7/2018 , and the person was arrested on *(date)* 6/7/2018<br>at *(city and state)* U.S. District and Bankruptcy Courts for the District of Columbia<br>A TRUE COPY<br>ANGELA D. CAESAR, Clerk<br>By_____<br>Deputy Clerk   JUN 07 2018<br>Date: 6/8/2018 | *Arresting officer's signature*<br>U.S. MARSHAL<br>SA Joshua Parker<br>*Printed name and title* |