IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JAMES A. WOLFE** | Case No. 18-CR-170 (KBJ) |

**MOTION FOR ORDER GOVERNING EXTRAJUDICIAL STATEMENTS UNDER LOCAL CRIMINAL RULE 57.7(c) BY DEFENDANT JAMES A. WOLFE**

Pursuant to Local Criminal Rule 57.7(c), Defendant James A. Wolfe, through counsel, hereby moves for an Order restricting the government's extrajudicial commentary in this matter. As explained in the accompanying Memorandum of Points and Authorities in support, the highly prejudicial public comments already made by President Donald J. Trump and senior Justice Department officials have threatened Mr. Wolfe's right to a fair trial under the Sixth Amendment, and must be prevented in the future.

- 2 -

WHEREFORE, Defendant James A. Wolfe respectfully requests that the Court issue an Order prohibiting anyone involved in this case, whether lawyers, parties, witnesses, or others associated with the prosecution – up to and including President Trump – from making any further public commentary that is likely to interfere with a fair trial for Mr. Wolfe.

Dated: June 19, 2018

                              Respectfully submitted,

                              _____/s/_____

By:    Benjamin Klubes (D.C. Bar No. 428852)
        Preston Burton (D.C. Bar No. 426378)
        Lauren R. Randell (D.C. Bar No. 503129)
        Buckley Sandler LLP
        1250 24th St. NW Ste. 700
        Washington, D.C.  20037
        (202) 349-8000

*Counsel for Defendant James A. Wolfe*

## CERTIFICATE OF SERVICE

I certify that on June 19, 2018, I electronically filed the foregoing **Defendant James A. Wolfe's Motion for Order Governing Extrajudicial Statements Under Local Criminal Rule 57.7(c)** using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/
Lauren R. Randell (D.C. Bar No. 503129)