# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 18-cr-170 (KBJ) |
| JAMES A. WOLFE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The parties appeared before this Court for a status conference on June 19, 2018. During the conference, the parties represented that they needed additional time to exchange discovery materials and evaluate their respective positions regarding the disposition of this matter. Given these representations and the fact that there has been new defense counsel retained in this matter, the Court found that it was in the interests of justice to exclude from the Speedy Trial Act calculation the time between the June 19, 2018, status conference and the next status conference in this matter, which is scheduled for July 9, 2018. Accordingly, it is hereby

**ORDERED** that the period from June 19, 2018 through July 9, 2018, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial.

Date: June 20, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge