# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: | **18-CR-170 (KBJ)** |
| | ) | | |
| v. | ) | | |
| | ) | Status Date | July 9, 2018 |
| **JAMES A. WOLFE** | ) | | |

## NOTICE OF JOINT SCHEDULING REQUEST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant, James Wolfe, hereby respectfully notify the Court that pursuant to this Court's Order of June 19, 2018, the parties have conferred, and jointly request the following briefing schedule for the Defendant's Motion for Order Governing Extrajudicial Statements Under Local Criminal Rule 57.7(c):

| | |
|---|---|
| Government Opposition Due | July 12, 2018 |
| Defense Reply Due | July 23, 2018 |

The parties defer to the Court on the setting of a hearing date.  The parties believe the proposed schedule is reasonable given the novel issues presented.  A proposed Order is attached to this Notice.

          Respectfully submitted,

          JESSIE K. LIU
          UNITED STATES ATTORNEY
          D.C. Bar Number 472845

By:    \_\_\_\_/S/_____
          TEJPAL S. CHAWLA
          DC Bar: 464012
          JOCELYN BALLANTINE
          CA Bar: 208267
          Assistant United States Attorneys
          LAURA A. INGERSOLL

CT Bar: 306759
Special Assistant U.S. Attorney
National Security Section
555 4th Street, N.W., 11th Floor
Washington, DC  20530
202-252-7280 (Chawla)
202-252-7252 (Ballantine)
202-305-4881 (Ingersoll)
Tejpal.Chawla@usdoj.gov
Jocelyn.Ballantine2@usdoj.gov
Laura.Ingersoll@usdoj.gov


\_\_\_\_/S/_____
Preston Burton, Esq.
Benjamin B. Klubes, Esq.
Counsel for James A. Wolfe
Buckley Sandler LLP
1250 24th Street, N.W., Suite 700
Washington, D.C. 20037

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.: 18-CR-170 (KBJ) |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JAMES A. WOLFE** | ) | |

# ORDER

Upon consideration of the parties' Notice of Joint Scheduling Request, and with the consent of the parties, it is hereby ORDERED that the government shall respond to the Defendant's Motion for Order Governing Extrajudicial Statements Under Local Criminal Rule 57.7(c) by July 12, 2018, and that the Defendant may file a reply to the opposition no later than July 23, 2018.

SO ORDERED this \_\_\_\_\_ day of _____, 2018.

_____
JUDGE KETANJI BROWN JACKSON
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA