IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JAMES A. WOLFE** | Case No. 18-CR-170 (KBJ) |

**SUPPLEMENT TO DEFENDANT'S MOTION FOR ORDER GOVERNING EXTRAJUDICIAL STATEMENTS UNDER LOCAL CRIMINAL RULE 57.7(c)**

Pursuant to Local Criminal Rule 47(f), Defendant James A. Wolfe, through counsel, respectfully requests a hearing regarding his Motion for an Order Governing Extrajudicial Statements under Local Criminal Rule 57.7(c) (Dkt. 20).[1]

Dated: June 25, 2018

                                                        Respectfully submitted,

                                                        _____/s/_____

                              By:    Benjamin Klubes (D.C. Bar No. 428852)
                                      Preston Burton (D.C. Bar No. 426378)
                                      Lauren R. Randell (D.C. Bar No. 503129)
                                      Buckley Sandler LLP
                                      1250 24th St. NW Ste. 700
                                      Washington, D.C.  20037
                                      (202) 349-8000

                                      *Counsel for Defendant James A. Wolfe*

---

[1] Counsel for Mr. Wolfe advised counsel for the government about the filing of this Supplement; they did not object to the filing of this Supplement.

**CERTIFICATE OF SERVICE**

I certify that on June 25, 2018, I electronically filed the foregoing **Supplement to Defendant's Motion for Order Governing Extrajudicial Statements Under Local Criminal Rule 57.7(c)** using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/_____
Lauren R. Randell (D.C. Bar No. 503129)