# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 18-cr-170 (KBJ) |
| ) | |
| JAMES A. WOLFE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties appeared before this Court for a status conference on July 9, 2018. During the conference, defense counsel represented that he needed additional time to review discovery materials. Given this representation, the Court found that it was in the interests of justice to exclude from the Speedy Trial Act calculation the time between the July 9, 2018, status conference and the next status conference in this matter, which is scheduled for July 26, 2018. Accordingly, it is hereby

**ORDERED** that the period from July 9, 2018 through July 26, 2018, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial.

Date: July 9, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge