**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

UNITED STATES OF AMERICA,     )
                             )
        v.                  )     Criminal No. 18-cr-170 (KBJ)
                             )
JAMES A. WOLFE,           )
                             )
     Defendant.     )
                             )

**ORDER**

The parties appeared before this Court for a status conference on July 26, 2018. During the conference, the parties represented that they needed additional time to exchange and review discovery materials.  Given this representation, the Court found that it was in the interests of justice to exclude from the Speedy Trial Act calculation the time between the July 26, 2018, status conference and the next status conference in this matter, which is scheduled for August 23, 2018.  Accordingly, it is hereby

**ORDERED** that the period from July 26, 2018 through August 23, 2018, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial.

Date:  July 27, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge