**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**SEP 06 2018**

Clerk, U.S. District and
Bankruptcy Courts

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Criminal No. 18-cr-170 (KBJ) |
| | ) |
| JAMES A. WOLFE, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

The parties appeared before this Court for a status conference on September 6, 2018. During the conference, the parties represented that they needed additional time to exchange and review discovery materials. Given this representation, the Court found that it was in the interests of justice to exclude from the Speedy Trial Act calculation, *nunc pro tunc*, the time between August 23, 2018 and the next status conference in this matter, which is scheduled for October 1, 2018. Accordingly, it is hereby

**ORDERED** that the period from August 23, 2018, through October 1, 2018, inclusive, is excluded from the Speedy Trial calculation for good cause shown, insofar as the resulting delay fulfills the ends of justice, and taking such action outweighs the best interests of the public and the defendant in a speedy trial.

Date:  September 6, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge