**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 18-cr-170 (KBJ) |
| JAMES A. WOLFE, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

On October 15, 2018, the defendant entered a guilty plea, which the Court accepted as knowing and voluntary. In accordance with the oral representations of the Court made during the plea hearing, it is hereby

**ORDERED** that the sentencing hearing in this case will occur on **December 20, 2018**, **at 2:30 PM** in Courtroom 17. It is

**FURTHER ORDERED** that both the Government and the defendant shall file memoranda in aid of sentencing on or before **December 6, 2018**. Any responses thereto shall be filed by **December 13, 2018**. The parties' submissions must contain supporting case law or any other authority that the parties intend to rely upon.

Date: October 15, 2018

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge