# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**JAMES A. WOLFE,**<br><br>        **Defendant.** | **CRIMINAL NO. 18-CR-170 (KBJ)** |

## GOVERNMENT'S UNOPPOSED MOTION TO AMEND BRIEFING SCHEDULE

      The United States of America, moving by and through its undersigned counsel, respectfully moves the Court to continue the sentencing memorandum deadlines in this case. The Government asks that the initial sentencing memorandum for both parties be due on Tuesday, December 11, 2018, and that any replies be due by Friday, December 14, 2018, at 5 p.m.. We are asking the court to maintain the sentencing date of Thursday, December 20, 2018, at 5 p.m. This is particularly important to the defendant. Mr. Wolfe's son has been granted leave from the military, and is flying from Korea for the sentencing. Provided that the sentencing date is not disturbed, the defendant does not object to this revised briefing schedule. In support of this motion, the government states:

      1.     The Defendant pled guilty on October 15, 2018, at which time the Court ordered the current sentencing date and memorandum deadlines. The government requests additional time to prepare its sentencing memorandum. The government believes that the requested time – 5 additional days – will be sufficient to achieve this purpose.

      2.     Given the posture of the case, where the defendant is on release to the community, the government sees no significant prejudice to this motion, provided that there is no change to the sentencing date of December 20, 2018.

3. For the foregoing reasons, the government seeks to modify the briefing schedule as described herein.

Respectfully submitted,

JESSIE K. LIU
UNITED STATES ATTORNEY
D.C. Bar Number 472845

By: ____/S/_____
JOCELYN BALLANTINE
CA Bar: 208267
TEJPAL S. CHAWLA
DC Bar: 464012
Assistant United States Attorneys
LAURA A. INGERSOLL
CT Bar: 306759
Special Assistant U.S. Attorney
National Security Section
555 4th Street, N.W., 11th Floor
Washington, DC  20530
202-252-7280 (Chawla)
202-252-7252 (Ballantine)
202-305-4881 (Ingersoll)
Tejpal.chawla@usdoj.gov
Jocelyn.Ballantine2@usdoj.gov
Laura.ingersoll@usdoj.gov

**Certificate of Service**

I hereby certify that a copy of the foregoing motion was served on the following counsel by electronic mail on December 6, 2018:

Preston Burton, Esq.
Benjamin Klubes, Esq.
Lauren Randall, Esq.

_____/s/_____
Jocelyn Ballantine
Assistant United States Attorney

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **UNITED STATES** | **CRIMINAL NO. 18-CR-170 (KBJ)** |
| **v.** |  |
| **JAMES A. WOLFE,** |  |
| **Defendant.** |  |

**ORDER**

The United States has filed a motion to amend the deadlines for the filing of sentencing memoranda, and in consideration of the motion, the Court finds that the requested continuance is appropriate and in the interests of justice.

It is, therefore, this ___ day of December 2018,

ORDERED that the motion to amend the briefing schedule is hereby GRANTED, and that the parties will have until December ___, 2018, at __ p.m., to file their initial sentencing memoranda, and until December ___, 2018, at __ p.m., to file their replies.

IT IS FURTHER ORDERED that the Defendant shall remain on release and on his existing conditions of release until the date of his sentencing, which remains scheduled for December 20, 2018.

KITANJI BROWN JACKSON
UNITED STATES DISTRICT COURT JUDGE