# Exhibit 1

RICHARD BURR, NORTH CAROLINA, CHAIRMAN
MARK R. WARNER, VIRGINIA, VICE CHAIRMAN

JAMES E. RISCH, IDAHO
MARCO RUBIO, FLORIDA
SUSAN M. COLLINS, MAINE
ROY BLUNT, MISSOURI
JAMES LANKFORD, OKLAHOMA
TOM COTTON, ARKANSAS
JOHN CORNYN, TEXAS

DIANNE FEINSTEIN, CALIFORNIA
RON WYDEN, OREGON
MARTIN HEINRICH, NEW MEXICO
ANGUS S. KING, Jr., MAINE
JOE MANCHIN, WEST VIRGINIA
KAMALA HARRIS, CALIFORNIA

MITCH McCONNELL, KENTUCKY, EX OFFICIO
CHARLES SCHUMER, NEW YORK, EX OFFICIO
JAMES M. INHOFE, OKLAHOMA, EX OFFICIO
JACK REED, RHODE ISLAND, EX OFFICIO

CHRISTOPHER A. JOYNER, STAFF DIRECTOR
MICHAEL CASEY, MINORITY STAFF DIRECTOR
KELSEY S. BAILEY, CHIEF CLERK

# United States Senate

SELECT COMMITTEE ON INTELLIGENCE
WASHINGTON, DC 20510-6475

November 30, 2018

The Honorable Judge Ketanji Brown Jackson
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Jackson:

    We are writing to seek leniency in the sentencing of Mr. James Wolfe, former Director of Security for the United States Senate Select Committee on Intelligence. We do not seek to diminish the seriousness of the allegations against Jim, nor diminish the significance of misleading federal agents – something he has freely admitted to the Court – but we ask that the totality of his service and career be taken into consideration.

    We have all known Jim for many years, both as rank and file members of the Committee as well during our tenures as Committee leadership. We respectfully ask that you consider as part of sentencing his long service both in uniform as a U.S. Army Intelligence Analyst and as a civilian employee of the Senate and this Committee. Like many others, we were surprised and disappointed when we learned of the allegations against Jim as they were totally out of character for someone who we considered a friend and had provided thoughtful support to the Committee's membership and staff for so long. Jim has no prior criminal record and he received multiple positively adjudicated background investigations over the course of his 35-years of government employment. While Jim pled guilty to one count of making a false statement to special agents of the FBI, there are no indications that he disclosed classification information, he was not charged with disclosing classified information, and his plea includes no reference to classified information. To the extent there was a disclosure of "non-public information", it was of information considered Committee Sensitive, and the most severe punishment for such action has already, effectively, been imposed.

    Jim has already lost much through these events, to include his career and reputation, and we do not believe there is any public utility in depriving him of his freedom. As the Court considers an appropriate sentence if necessary, we encourage you to examine other options available and respectfully suggest that if additional punishment is required, justice may still be served through the imposition of probation or community service.

    We appreciate your consideration of our request and thank you for your service.

Sincerely,

Richard Burr
Chairman (2015-present)

Mark R. Warner
Vice Chairman (2017-present)

Dianne Feinstein
Chairman (2009-2015)
Vice Chairman (2015-2016)