# Exhibit 2

Jane Rhodes Wolfe

Ellicott City,

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court of the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

Dear Judge Jackson,

I am writing to you today in support of my husband, James Anthony Wolfe. As background, Jim and I have been married for ten years and I am the proud stepmother of two fine young men. My professional background includes a career in federal service from which I retired in 2016 as an executive in the FBI's Counterterrorism Division and am now employed in Stamford, CT where I run the corporate security program of a Fortune 100 company. Throughout our marriage both Jim and I were dedicated to our professional responsibilities and the sensitivities of the work we performed. We are a family of service to our country.

The charge Jim is facing and the impact on our lives has been devastating. Jim's personal behavior was selfish and thoughtless, which lead to the charge he is facing. Upon learning of his arrest in the middle of the night, I was shocked and sickened as my life was destroyed along with his. Despite all this, I support him as he has demonstrated remorse and accepted responsibility for his personal actions. Over the past several months he has sought help to understand his actions, returned to his faith, trusted God to forgive, and is working to repair our relationship and rebuild trust. Our lives will never be the same again, and don't know what the future will bring, but together we are working to find a new way to love, have a strong family, serve others and build a future.

Jim has already faced professional and personal humiliation in the most public manner. As I walked through the airport at 6:00am following Jim's arrest to return home, the headlines screamed of a man who betrayed our country, leaked sensitive information along with scandalous details of his personal misconduct. As a former agent, I do not condone lying to law enforcement or Jim's behavior but I cannot help but believe that the publicity and timing of his arrest and initial court proceedings were designed to create a spectacle and create pain and anguish—which they did. Given my FBI career I know there was no genuine need to arrest him at our home on a Thursday night. I believe the FBI was well aware that Jim spent the earlier part of that day in the emergency room, where he was seeking treatment for a kidney stone. And their decision to send some 20-30 law enforcement officers to our home for the arrest was a show of force normally reserved for high-risk subjects. Our quiet street became the scene of major federal law enforcement action, unnecessarily embarrassing us and more particularly Jim. His late-night arrest required he spend the night in jail and he was released to face a media

circus and false allegations that have deeply affected him to this day. Indeed, given the nature of the charges, it is ironic that the news media was apparently made aware of his impending arrest just before it occurred as there was coverage contemporaneous to his arrest.

Despite the fact he had cooperated with the FBI throughout the investigation, he was arrested and treated like a subject who was a physical threat when a simple phone call to Jim would have resulted in his surrender. Jim had been a trusted partner with the FBI for decades handling sensitive matters with integrity. He was denied him the opportunity to call me while being transported to jail, further adding to the pain I have suffered. During my career, I treated subjects I arrested with respect and allowed them to contact family members when there was no potential physical threat. Instead, his treatment was orchestrated to exact the most emotional wounds on both of us.

Following his arrest the FBI continued to behave in a manner designed to further humiliate both of us. As a retired FBI Agent, I had legal weapons in our home. I understood the Court would impose pre-trial conditions that would preclude Jim from being near weapons and was attempting to make arrangements for a friend to remove from the home. Instead, I agreed the case agent could retrieve the weapons from our home to satisfy the conditions. As this could have been handled in a quiet, confidential manner. Instead, the FBI returned to our home positioning Agents around our home, while the media was camped outside to further highlight and embarrass Jim and our family.

Jim and I have already lost so much—reputation, friends, family, joy, holiday celebrations and professional opportunities for Jim to name just a few. Our home went from the central social gathering place in our neighborhood where we enjoyed the friendship and respect of many, to a target of gossip. Many friends, or people we thought were friends, have turned their backs; a large Catholic charity we supported with our time, prayers and money shunned Jim; my family is saddened at Jim's behavior and struggling to understand; professionally Jim's opportunities for a career in security have essentially evaporated. However, there have been many bright moments of love and support. Our real friends have rallied to support us; families are healing; my company has supported me despite the headline news; and Jim is finding God's grace and forgiveness in his service to a charity we have supported for many years. Enclosed you will find a photo of our family from happier times. Simply put, Jim is much more than the person charged by the Government for lying to the FBI.

Despite everything, I remain proud of Jim for accepting responsibility both with me and the Court. He is working hard at his community work and our marriage. No one prepares a person for the nightmare our family is in, but he is doing his best to move forward and make this situation an opportunity to grow as a person. I also recognize this is a chapter we must face, and other families are dealing with situations more challenging than ours, I pray for them.

I fully respect your duties as a Judge and recognize you must follow guidelines in determining Jim's punishment. With that in mind, I request your consideration in not imposing a jail sentence for Jim as I understand is consistent with those guidelines. I am confident he has learned powerful lessons from this situation, which he caused and for which he is responsible. He is focused on rebuilding his life. A period of incarceration would only delay his ability to be

a fully productive member of society. Further, additional emotional strain on Jim, and me, if he were incarcerated would only add to the pain. Regardless of the outcome, I appreciate your consideration and time in reading this letter.

Respectfully,

Jane Rhodes Wolfe