# Exhibit 3

Dear Honorable Judge Jackson,

My name is Private First Class Elliott Adair Wolfe. I am the second son of James Anthony Wolfe. I am writing today with a heavy heart and the hope of giving you perspective of who my father, James Wolfe is to me and a small piece of the world, outside of this court and this case. Over the last seven months my father has been labeled a liar, a disgrace, and a leaker, monikers that may capture his misdeeds, but do not represent all that he is. My intent is to show you a different side of my dad, the loving, protective, and supportive father he was, is, and will always be.

When I hear the name James Anthony Wolfe, I do not think of anything other than dad. Since my brother Bennett and I were born he has always put us before himself because he wanted the best for the both of us. When my father was growing up he did not have the luxuries of a nice home or stable family. He grew up in a trailer park in Florence, Kentucky, not knowing where his life would take him. From the stories my grandmother and my father would tell me, ever since a young age he worked so that he could save money to travel the world and to support his family. He then volunteered for the United States Army in 1983 as a signal analyst. He put his country first by deciding to serve. During his service he was stationed in Germany for two years and multiple stateside posts for the remainder of his contracts. During his time in Germany he met a female linguist for the United States Army named Leslie Adair Wilson. From stories he and his mother Marie told me, Leslie was a gorgeous, smart, and athletic woman who changed his life. They married years later.

My dad became a father in 1991 to my brother Bennett Nelson Wolfe. Bennett received numerous attributes from my father. He is intelligent, athletic, adventurous, hardworking,

compassionate, and loving. Dad has told Bennett and me that this was a turning point in his life where he would put us in front of his own life. He would tell us that he did not want my brother or me to grow up the same way he did. During this time my father began to work in the United States Senate. He has had the pleasure of working with multiple senators and even meeting past United States Presidents. I have never met a person so passionate for what he does on a daily basis. When I was little, I had multiple opportunities to visit my father's workplace and I thought it was incredible. He would show me most of his daily duties and when he had time he would take not just me but groups of people through the United States Capital on a very thorough tour. He worked for the United States Senate for over thirty years and I know for a fact that even in light of his current situation, he would not change it for the world.

As I grew up I began to learn and realize more about my father. He didn't grow up in Kentucky and make it all the way to the United States Senate by pure luck, he did it with hard work and belief in the American Dream. The American Dream is something of a tall-tale today, but I believe it still exists and anyone with heart and dedication can achieve it. I believe that the United States of America was founded with the "American Dream" preeminent in the minds of every citizen. Citizens of the United States or people trying to become citizens for the United States can change their entire life through hard work and dedication. Just like many parents say to their children, my father would tell me, "you can do anything you want to do when you grow up," a message he lived and reinforced every day. He believed if you were happy or thought he could make a positive impact on people, he would give his full support. He never used the words "The American Dream" but you could tell he believed in it.

I am currently on my own path to achieve, my American Dream. My first step was to join the United States Army as an Intelligence Analyst. I am currently in South Korea and

learning how incredible this country is. I have just finished my first year in Korea and the NCOs and Officers I have worked with have helped me forge a path towards my American Dream. One lesson that will stay with me for a lifetime is when my old Officer in Charge taught me about predictability, reliability and transparency. He told me that these qualities are how trust is established between people. I did not think of much of this advice initially, but as I continued my service I realized that this is a truism. If you ask anyone who has worked with or who knows my father whether he has established trust with predictability, reliability and transparency they would say "absolutely."

My father is the man who I will always look up to, no matter what is happening to me or this world. He is the person who helps me get through each and every day by setting the standard. I wish I will be able to teach at least a fraction of the lessons he has taught me growing up to my future children. He was the one who gave me passion to travel the world to experience other countries and cultures. I hope that I will be able to follow his footsteps by working in the United States Government years down the line to continue the American Dream.

Your Honor, I want to thank you for the opportunity to write to you and support my father.

*Elliott Wolfe*

Elliott Adair Wolfe

The Honorable Ketanji Brown Jackson

United States District Judge

United States District Court for the District of Columbia

E. Barrett Prettyman United States Courthouse

333 Constitution Avenue N.W.

Washington, D.C. 20001

11/23/18


Your Honor Jackson,


As I pen you this letter in my humble cabin tucked deep in the Patagonian mountain´s I have a strange sensation of being other worlds away from where you sit reading these words. I am quite close to the end of South America and the polar winds are screaming over the icefield with little resistance until they hit the massif. The towering spires of granite that claw at the sky clothed in wonderfully neon blue sashes of glaciers around their shoulders. With their violent winds that carry voices of years long past dawned with the thundering drums of collapsing seracs deep in its bowels. They are the sirens of the mountains calling you in to shipwreck on her rocky shores, we are but moths to flames. As my cabin shakes violently with the winds I only want to share these experiences with one other person; my father, Jim Wolfe.

 When I was small and obsessed with everything that crawled and slithered my father spent all his free time with me fishing in the lake, climbing trees and skipping rocks. When he wasn´t riding his bike with me he was in Washington working long hours to make sure that my little brother and I had everything we needed to be happy children. I have not one memory of being hungry or not having what I needed when I would come back from snowy days, blue faced but like a dog with two tails. His character is like that, he puts himself before others, even if that means putting himself in dire straits. A quality that I have made a staple in my own life. A trait that can get us into trouble at times. One must keep some love for themselves and not give it all away to others. What some view as flaws, I view as the beautiful tapestry that weaves our lives together. It seems quite obvious to put ones hand out instead of keeping it closed, to help out our fellow man. It is in our own interest to live as a family.

When you get down to the brass tacks, none of us chose to be here. Every time he returns to Kentucky to see his family he always brings a mountain of cookies to the nursing home where my angel of a grandmother spent her last happy days. It´s quite a sight to see him between a group of old ladies in wheelchairs. Even some with dementia remember his smile. He has a particularly

interesting relationship with a homeless man in town who he always brings food and items of importance to make his life comfortable. I think he remembers his humble childhood with not very much. He sees himself in them, and can´t but help. I see too much, the turning of heads as people pass by the ones who have been forgotten. Kindness can change the world. One person can pass on selflessness to another and in turn feed the fire until the cornice can no longer hold and avalanches into every society to supply dignity, so we can live out our extremely short lives with smiles.

Your honor, I am completely aware of my fathers offences, and the serious implications that it holds, his face has been plastered on every respected newspaper, to the trashiest tabloid press. His reputation is in sunders, one he has worked his whole adult life to cultivate. This event has made him commit political suicide at the gallows. The humiliation he has suffered is punishment enough. When we deconstruct this situation down to the bare bones it´s quite easy to understand, love. People come and go throughout our lives, some stay. We may love them fiercely to the point where without them it is too much to bear. We do insane, absurd things in the name of it. We cannot rightfully explain it in its entirety, but we exist in a cloud of ecstasy, but then we wake up in the gutter, eyes filled with sulfuric acid and a heart so in pain that you´d rather have it ripped out and die, than bare another second of it inside your chest. We have all been there. We are heartbroken children of the world wandering to find the meaning of the joke that stares right back at us. One who can suffer great tragedy can love as deeply to heal themselves.

This will follow my father, but this will not define him. He is stronger than that. My father has been dedicated to our country, served it with rifle and pen. He has held her keys, protected her secrets and he has not faltered in my eyes. What turned into harmless pillow talk, to later not being honest, to protect his marriage. He had a moment of weakness. But he is a powerful asset to his country, and ally. An error of judgement in the thralls of love has mushroomed into bedlam. Your honor Jackson, the mountains have shaped my life and taught me lessons and gave me freedom from fear and taught me how to love myself. My father shares this passion of climbing snowy peaks as well. Will you bestow this act of kindness for me, and pardon my dear father from the political gallows. I need this man in my life. Allow his freedom so he can come to Patagonia with me, to experience the raw power of the winds upon his face and climb these peaks with his devoted son.


Yours Sincerely,


Bennett Wolfe