# Exhibit 4



**OUR LADY OF PERPETUAL HELP CATHOLIC CHURCH**
*4795 Ilchester Road, Ellicott City, MD 21043*
*410.747.4334 ~ www.olphparish.org*

*Rev. Erik J. Arnold, Pastor*

November 23, 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Jackson:

I am writing on behalf of James Wolfe, who is scheduled for sentencing on December 20, 2018.

I have known Jim and his family since 2007 when I began serving as pastor at their parish here in Ellicott City. I am aware of the offense to which Jim has pleaded guilty, and I am writing to share with you some of what I know about Jim's character and integrity, in the hope that you may take some of this into consideration as you determine his sentencing.

Jim and his wife have had a quiet but consistent presence here in our parish over the years. I believe that Jim's faith is sincere and authentic, best evidenced in his desire to serve. From 2010 until now in 2018, Jim has taken part in our Catholic Charities *Our Daily Bread Casserole Program* which serves the hungry and homeless in Baltimore City. Part of Jim's service has included attending the meal service days over these years. In his current situation, in the time since these recent events have unfolded, Jim has given even more time to serving at Catholic Charities in Baltimore City. I do believe this reflects his heart's sincere desire to serve and to be of service to others.

In the time since his arrest and guilty plea, I have grown closer to Jim and his family and have witnessed his sincere desire for repentance and reconciliation. From my point of view, as a Catholic priest, any desire to make amends must begin at that most profound level of our relationship with God and then flow out from there into our relationships with others and with society. If it does not begin in the heart in this way, then such desire to make amends will probably prove to be short-lived. I share this with you because I believe Jim's desire to make amends is heartfelt. I have seen this not only in my work with him over the past several months but also in his participation in our parish's Christian twelve-step program *Celebrate Recovery*. This weekly program joins the traditional twelve-steps with Biblical principles that are meant to bring individuals to a place of healing, wholeness, and accountability.

As I mentioned earlier, I share all of this with you in the hope that you may take some of this into consideration as you determine his sentencing. I know that the criminal charges and ensuing events have severely affected Jim's life and I have witnessed the personal toll it has taken on Jim

and his family. In light of this, I am writing with the hope that you may give consideration to a punishment that would minimize his incarceration or confinement.

As I make this request, let me also share a little of my background in order to give some context. I was ordained a Roman Catholic priest in 1999 and have been serving as pastor at Our Lady of Perpetual Help in Ellicott City since 2007. Before my years in seminary, I obtained a B.S. in Computer Science as well as a B.A. in History from the University of Maryland, Baltimore County. My years in seminary were spent in Rome where I earned both a Baccalaureate Degree in Sacred Theology and a Licentiate Degree in Sacred Theology. My real joy, over these nearly twenty years as a priest, has been my service to our parishes and our parishioners. It is out of this context, as a priest and pastor, that I write on behalf of Jim.

Thank you for your time and consideration, I am grateful for it.

Sincerely,

Rev. Erik J. Arnold
Pastor

November 19, 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the
District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Thomas E. Auld

█████████████████

Falls Church, Virginia █████

Dear Judge Jackson:

I am writing to you on behalf of Jim Wolfe, a friend and professional colleague I understand will be sentenced on December 20, 2018. I am aware of the offense for which Jim has both confessed and taken full responsibility.

I am deeply disappointed by Jim's decisions. The integrity of our national security system depends on the public's confidence in each person entrusted with guarding confidential information. I believe Jim will spend the rest of his life regretting what he did and working to regain the trust of friends and colleagues. That is heavy punishment in itself.

I met Jim in August 2003 when I began working on the U.S. Senate Select Committee on Intelligence (SSCI) as a Professional Staff Member. Jim was the head of security for the committee and managed everything from staff and committee member security clearances, to overseeing who had access to committee spaces and ensuring all classified materials from any U.S. Government organization were properly handled and stored. To keep his job for so many years, Jim had to win and hold the confidence of senior staff leaders and senators on the committee and show that he was a non-partisan expert with the highest level of discretion. Given competing agenda among senators and staff, Jim heard and saw many sensitive issues that required the highest degree of care. In my more than two years on the committee, I never knew of an instance where Jim violated the trust of members or staff.

After I left the committee, I moved to a position at the Office of the Director of National Intelligence. My duties took me to the SSCI occasionally, and I usually saw Jim briefly during those visits. I also think we saw each other a few times socially over the years at holiday gatherings around Capitol Hill. We have been connected on social media since about 2016. Finally, I have kept up with Jim indirectly over the years through friends from the SSCI.

As for my background, I retired from the Air Force Reserve in August 2018, after 40 years of service on active duty, in the Air National Guard and in the Air Force Reserve. I also retired as a senior executive from federal civil service after 30 years of service in the Intelligence Community and in the national security policy world. I now work in the private sector for a

1

multinational defense firm. I am a graduate of the University of Pittsburgh where I earned a Master in Public and International Affairs and the University of South Carolina where I earned separate Bachelor of Arts degrees in German Language and in Journalism.

In the course of my professional life in the military and federal civil service, I have seen many cases of personal failure, including some very serious ethical lapses that have derailed careers and personal lives. I have seen people refuse to acknowledge the harm they have done.

Conversely, I have seen people acknowledge their failures, make restitution, learn, grow and move on to useful lives in the professional world and in their communities. I think that is where Jim is today. He wisely and humbly realized that his actions mean his life is going to be different and that he has years of rebuilding ahead of him. He did the right thing in fully confessing his offense.

Jim is now at the mercy and grace of your court for a decision that will shape the course of his life. It is a tragedy and a heartbreaking reality to me that a few moments of indiscretion have eclipsed Jim's long career of honorable service. However, I believe Jim is a good man who has a conscience. He understands the difference between right and wrong, honoring an oath and violating an oath. He has the capacity for humility, to learn, and to contribute to his community again in new ways. Finding that place to contribute may be the biggest challenge of his life going forward.

I respectfully ask that when you consider the options for Jim, you will take account of decades of faithful past service to our country, as well as the potential he still has for new service. I hope your sentence will allow Jim the opportunity begin that work immediately.

Respectfully,

Thomas E. Auld



**Bonita Bishop**

**Pflugerville, Texas**

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the
District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re: James Wolfe

Dear Judge Jackson:

This letter is concerning the case of James Wolfe (Jimmy as we know him), and to give you insight of who he has been and still is now.

A little background on me, I am 72 years old and married to his Uncle Mike. I met James Wolfe when I dated his Uncle Mike when we were in high school. I have some college education but have worked in the corporate world for many years and then worked with doctors and psychologist. I have raised two children who I am very proud of. Jimmy's mother is deceased, and I am proud to stand beside this man as I know his heart.

As his family he has shared the case with us and that he pleaded guilty taking responsibility for his actions. I have known Jimmy since he was approximately 3-4 years old. He was raised in a middle-class family and taught to be loving, caring to others, giving and to always do his best. He grew up with values, love for family and country and respect for others.

His Uncle Mike speaks about as a young man active in sports well liked by all his peers and how proud when Jimmy was also Soldier of the Week, Soldier of the Month, Soldier of the Quarter and Soldier of the Year, in Astterdoch, Germany in 1984-85. This attest to the man who has always done his best in everything he has embarked on. Jimmy has always shown integrity in all he did whether it be sports as a young man, as a soldier and his job as a member of U.S. Senate staff. This is who he was then and who he is now.

His goal in life, as we know, was to serve his country and the people in it to the best of his ability and he has served in the military and approximately 35 years in the government in the U.S. Senate His impeccable career up to this point speaks for itself. I believe he has tried to do this with integrity. He is a valuable, responsible, an asset to his community and by all who know him. It would be unjust to wipe away or mire all the good years he has given to the administration due to one bad judgement or mistake.

Many will verify to you he is an educated, dedicated, dependable, conscientious, human being who cares about his family and country. This has taken such a toll on his family life, his self-esteem and self -worth. He has asked all his family for forgiveness for making a wrong decision and failing to be beyond reproach. We feel he did not fail. His wife, children and whole family stand behind him. We know that not one of us can say we have not made a mistake or that we are perfect.

As of all human beings he made a bad judgement and mistake. We all also know that this does not excuse it but hope through an act of some compassion will not let it run his life after so many years of dedication to his country and job. We ask that you as another human being with the authority to take all of this in your consideration while making your decision in a fair manner and consider a minimal judgement.

Regards,

Mrs. Bonita Bishop

**November 1, 2018**

THE HONORABLE KETANJI BROWN JACKSON
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA
E. BARRETT PRETTYMAN UNITED STATES COURTHOUSE
333 CONSTITUTION AVENUE N.W.
WASHINGTON, D.C. 20001

Your Honor,

I am writing to express my support for Mr. James A. Wolfe and to provide my perspective on Jim's character and his ability to continue to make a significant contribution to his community.

I have known Jim since 1999, when I started on the Senate Select Committee on Intelligence as a Professional Staff Member and Jim was the Committee's Security Officer. We immediately hit it off due to our prior service in the U.S. Army and Jim's willingness to walk me through the ropes on how things were done on the Committee. Jim was on active duty from 1983 to 1987 and mobilized in 1990 and 1991 during Operations Desert Shield and Desert Storm. He joined the Senate Intelligence Committee in 1987.

A little on my background. I graduated from the United States Military Academy (West Point) in 1972 and then served in the Army for 27 ½ years as an Infantry Officer before retiring as a Colonel and joining the Senate Intelligence Committee in October 1999. I worked as a Professional Staff Member on the Committee for 17 years with primary duties as the budget monitor for the Central Intelligence Agency. I retired from the Committee in June, 2017.

During those 17 years I came to know Jim extremely well, both professionally and personally. As the Committee's Security Officer, Jim was responsible for maintaining control of thousands of highly classified documents received from agencies within the Intelligence Community as well as those created by the Committee, ensuring only those with the proper security clearances had

Southport N.C.

access.  Jim also served as liaison to Intelligence Community representatives for all our briefings and hearings and for conducing background investigations of staff members.  As well, Jim served as the Committee Archivist responsible for records dating back to the Church Committee and coordinating the declassification process for classified material.  During hearings and meetings on highly classified issues, Jim was responsible for getting witnesses into and out of Committee spaces securely and discreetly.  Needless to say, this was a tremendously important and serious job dealing with our Nation's most sensitive secrets.  One of critical importance to our national security.  Jim performed his duties in an exceptionally competent and efficient manner.  He was known throughout the Senate and House of Representatives as well as within the Intelligence Community as someone who knew his trade well and could be counted on to "get it right" the first time.  His reputation was impeccable.   I believe this is the reason when Jim was charged with lying to the FBI the Committee Chairman, Senator Richard Burr, and Vice Chairman, Senator Mark Warner, said in a joint statement that while they were troubled to hear of the charges against Jim, the charges did not appear to include anything related to the mishandling of classified information and also acknowledged Jim's honorable past service, stating, "This news is disappointing, as the former staffer in question served on the Committee for more than three decades, and in the Armed Forces with distinction."  An acknowledgement of Jim's character, integrity and good behavior prior to this event.

Personally, Jim and I have grown to be good friends over the years.  I could always count on him for support and encouragement both at work and outside work as we socialized with our wives and friends.  When I participated in the "JFK 50 Mile" race in Maryland, Jim was there as my support person providing food, water, clothing and morale support to help me make it to the finish line.  We also both ran in numerous Cherry Blossom 10-mile races in Washington DC, supporting each other and building comradery with other staff on the Committee and I often stayed at Jim and Jane's home in Maryland when I participated in nearby triathlon races.  When Jim and Jane married, my wife and I invited them to spend time in our condominium in Emerald Isle, North Carolina as a mini-honeymoon, which they did.  Both my wife and I are proud to consider Jim and Jane as good friends.

I understand the seriousness of lying to the FBI, the charge to which Jim has plead guilty.  I am also aware of the severe emotional, physical and mental anguish he has suffered as a result of

his actions.  His reputation can probably never be restored.  I know Jim's wife and sons, one who is in the Army in Korea, have also been embarrassed and disappointed by Jim's conduct. In fact, his whole life turned upside down, and although this was due to his own actions, it should not diminish the fact that prior to this incident Jim's life was exemplified by the highest standards of duty and service to his community and our country.

James A. Wolfe is a good man who made a terrible choice and has paid a significant price already.  I hope and pray that you will consider his conduct and contributions prior to this incident and consider his potential for continued service to his community and the nation after this sentencing.  Thank you for considering this letter.

SINCERELY,

RANDALL D. BOOKOUT

SOUTHPORT, NC

David Byrnes

Alexandria, VA

5 November 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the
District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Jackson;

My name is David Byrnes and I write to you on behalf of James Wolfe as you prepare
to sentence Jim for the offense to which he has pleaded guilty.  By way of background,
I've served a combined 40 years of service as a Marine Corps Officer and as a CIA
Officer and have known Jim for over 15 years.

My relationship with Jim has been both professional and personal and as much as I'm
fully aware of Jim's actions and sadden by this situation, I remain a committed friend. I
have known Jim through the best and worst of times and he is a humble and good
man whose love for his sons, Bennett and Elliott is without question. Sadly, I know
from our conversations just how overwhelmed and disheartened he has been by the
pain he has caused his family.

Regrettably, "the Jim" that has appeared in your Court is not the full measure of the
man I have known. In the end, his guilty plea was the right move for him, his sons and
his wife Jane and as he rebuilds his life, I continue to stand by him.  Since his
retirement, it was of no surprise to me to hear of his commitment in supporting a local
Homeless Shelter, much like he did in supporting my family when I was deployed to
both Iraq and Afghanistan.  On a number of occasions while I was gone for a year at a
time he reached out to my family, while providing my children with tours of the US
Capitol and being someone for them to talk to as needed. By the very nature of my
work, there were very few individuals such as Jim who were capable or even willing to
make themselves available.

Many years ago, as a former graduate of the Naval Justice School and as a Marine
Officer who presided over a number of Court-martials and Administrative Separations,
I always tried (during the sentencing phase) to measure the individuals intent related
to the event with their prior good deeds, character, remorsefulness and how the very
nature and seriousness of the offense affected the community and their family. For

those of us who have known Jim, I can truly say he's a good person focused on family, friends and community who is sincerely remorseful and apologetic. By his own wrong doings and through these difficult times he has found a path to goodness in helping those less fortunate as he continues to take those important steps in rebuilding his relationship and creditability with his wife and sons.

In closing, I sincerely ask for your consideration as it relates to the greater good as you impose your compassionate justice.

Respectfully,

D. BYRNES

**JAMES R. CLAPPER, JR.**

LT. GENERAL, USAF RETIRED

▄▄▄▄▄▄▄▄

FAIRFAX, VA ▄▄▄▄▄▄

November 1, 2018

The Honorable KetAnji Brown Jackson
United States District Judge
United States District Court for the
    District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
WAshington D.C. 20001

Your Honor:

I write this letter on behalf of Mr. JAmes
A. Wolfe. whom I understand will be
sentenced on December 20th; I am aware
of the offense to which he pleaded guilty.

By way of background, I served in the
Intelligence Community for over 50 years,
culminating as the Director of National
Intelligence from 2010 to 2017. Earlier,
I served as the Undersecretary of Defense
for Intelligence. and prior to that as
Director of the Defense Intelligence Agency,
and later as Director of the National
Geospatial-Intelligence Agency. I have

been a political appointee in both Republican and Democratic administrations. I served in the military for 34 years, first in the Marine Corps Reserve, and then in the Air Force, retiring in 1995 as a Lieutenant General. I served two combat tours in Southeast Asia, and I hold a bachelor's and master's degree in political science.

I have known Jim since about 2001, in his capacity as the Director of Security for the Senate Select Committee for Intelligence. I interacted with him during the many hearings when I testified before the Committee. In every instance, Jim conducted himself professionally and courteously. He was well known as an expert in security matters and was very conscientious about protecting classified information and the physical security of the hearing rooms and environs. I found him to be honest, forthright, ethical, and helpful. Jim served

the Committee long and well — 31 years, 22 of which were as the Director of Security.

Knowing Jim as I do, I know this whole experience — and its exposure in the media — has been very traumatic for him already. I would hope the Court would consider Jim's long and faithful service, as well as what he has endured thus far — in sentencing him, and would recommend minimal confinement.

Respectfully,

James R Clapper

████████████████
Washington, DC ██████
November 14, 2018

The Honorable Ketanji Brown Jackson
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, D.C.  20001

Dear Judge Jackson:

I am writing in the hope that the information in this letter will
assist the Court in understanding the important contributions of James
A. Wolfe to the work of the Senate Select Committee on Intelligence.

I should say at the outset that I am aware, from public reporting
and documents, of the charges against Jim and his plea.  I believe in the
need for candor in statements to law enforcement officers, as well as to
the Congress, and appreciate that Jim has accepted responsibility for the
conduct he has acknowledged, conduct that was inconsistent with
everything I have known about him.  It is my understanding that no part
of the charges concern use or disclosure of classified information.

From 1979 to 1995, I served as Senate Legal Counsel, a position
created by Title VII of the Ethics in Government Act of 1978.  In addition
to representing the Senate, its committees, members, and employees in
litigation relating to official matters, my office worked with committees
on a range of matters including investigations.  Jim began to work at the
Senate Intelligence Committee in 1987 and I had occasion to interact
with him from then until I concluded my service as Senate Legal Counsel
in 1995.  I returned to the Congress in 2002, first as General Counsel to
the Joint 9/11 Inquiry of the Senate and House Intelligence Committees
in 2002, and then as the Minority Counsel (2003-2006) and the General
Counsel (2007-2011) of the Senate Intelligence Committee.  During my
time at the Senate Intelligence Committee, from 2003-2011, I had the
opportunity to work with and observe Jim on practically a daily basis.

The contemporary system of oversight of the Intelligence Community -- which began with the Church Committee in 1975–76 and the creation of the Senate Select Committee on Intelligence in 1976 -- has from the outset been grounded in a bargain.  The Committee (and its House counterpart) would have broad and deep access to the classified information of the Intelligence Community, across the spectrum of human and technical means of collection and the analysis of the fruits of that collection.  In turn, the Committee would establish and implement multiple controls to safeguard that information.

As Security Director, Jim was at the center of the Committee's successful effort to keep its part of that bargain.  He helped to institute and diligently maintain multiple controls.  He was quietly dedicated in doing his job, willing to work long hours to assist Members and staff whenever any one of them needed him to do so, and cared about the success of the missions of both the Committee and the Intelligence Community.

There is a further dimension to Jim's contribution to the work of the Committee.  The secrets entrusted to the Committee could be made safe by simply locking them securely away.  But to accomplish oversight the information needs to be used by Members and staff in study and analysis, whether at their desks, in meetings, or in the field.  That involves physical and electronic access within the Committee, movement of information from agencies to the Senate, not only in the Washington, D.C. area, but also around the nation and internationally, all of which calls for the Security Director's care and attention to detail.

And within the Committee, on account of executive branch requests to limit access for especially sensitive information to subsets of the staff, the Security Director administers a system to adhere to those limitations, a complex system which requires the Security Director to ensure adherence to the different access opportunities of individual staff members.

In short, Jim played a major role in enabling us to do our job.  For that, I believe he deserves a share of the credit for the work done by the Committee, on behalf of the Senate.  That work enables the Committee to ensure that the Intelligence Community has the resources and

authorities essential to the nation's security while also enabling the Committee, through inquiries that are well-known and many more that will never be publicly known, to ensure that U.S. intelligence agencies act lawfully.

Many thanks for the opportunity to present these thoughts.

Sincerely,

Michael Davidson

November 2, 2018

The Honorable Kentanji Brown Jackson

United States District Judge

United States District Court for the District of Columbia

E Prettyman United States Courthouse

333 Constitution Avenue N.W.

Washington, D.C.  20001

Dear Judge Jackson:

My name is Therese Hensley, I am 74 years old and retired.  I am writing on behalf of James Wolfe.  I have known Jimmie since birth.  His mother Marie and I were cousins, my mother and her father being siblings.  Marie and I were "buddies" growing up, spending time at each others homes until we got to high school age.  Marie married young and had her first child, George, at 16 or 17, followed by Jimmie a couple of years later.  Jimmie and his family in early years lived next to my grandparents and I would often see Jimmie and his brother George there.  As they grew and eventually pursued their own lives. I would most often see them at family gatherings. George went off to college and Jimmie entered the military.  Eventually Jimmie was stationed in D.C and throughout the years pursued his college education .  After his military service I know he stayed in Washington and eventually was in security in the senate building.

Jimmie has always been a kind, thoughtful, caring person.  He took great care to see to his brother, George's needs as George had some physical and other afflictions.  Jimmie was there for his dad when he was dying, taking time to be by his side till his death.  When George died, Jimmie was there to lend support to his mother and other family members, helping in any way he could. He was always the rock everyone leaned on, despite his own sorrow. He always made it a point to visit his mom and other family as often as possible.  Many times when he came, his boys would come with him along with his wife.

Jimmie's mom died several years ago and he was by her side during this time, lending his support to the rest of her family, despite his own need for comfort.  His mom relied on Jimmie for support during many difficult times.

I have never known Jimmie to be anything but kind and thoughtful, always looking to help someone else.  I am aware of the charges facing him, and frankly was very surprised.  Jimmie has been supportive of family so many times without asking much for himself.  Always supportive, he was a quiet, strong, reserved man.  He never discussed any type of politics anywhere in family gatherings even though someone might bring something up.  He always steered clear of the subject, something for which I admired him.

There are just three (3) members of his mom's immediate family remaining and I know how much they love Jimmie, as we all do and fully support him, as I do.  Jimmie is a good person and I believe in that.

Sincerely,

Therese Hensley

11-2-18

13 November 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the
   District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Jackson,

I writing on behalf of James "Jim" A. Wolfe, who I have known professionally and personally for over twenty years.

I respectfully request the Court give the totality of Jim's stellar military and civil service career appropriate weight against the serious transgression, for which he has taken responsibility, prior to his sentencing on December 20th.

Allow me to provide some details of how I know Jim and why I believe he is deserving of leniency.

I worked with Jim on the U.S. Senate Select Committee on Intelligence (SSCI) for twelve years, during which he was employed as Security Director. I observed him handling our nation's most sensitive classified materials on a daily basis, including the full extent of covert action and human, signals, and imagery intelligence collection and analysis programs of the U.S. Intelligence Community. During my tenure on the SSCI, my professional relationship with Jim changed when I became his direct supervisor.

My employment with the SSCI as a Professional Staff Member began in early 1997. In 2004, I was promoted to Minority Staff Director. In January 2007, I took over as Staff Director for the full committee and was responsible for managing and tasking the 44-person, bipartisan staff to carry out legal, budgetary, and programmatic oversight of the U.S. Intelligence Community. I continued in this capacity until I departed the SSCI in early 2009.

At no time during these twelve years did I observe or was I otherwise aware of Jim mishandling, leaking or compromising classified or committee sensitive materials and information.

To the contrary, Jim demonstrated a solemn and unwavering fidelity to the laws and policies for the retention and safeguarding of information that, if disclosed, could harm national security and cost persons their lives. Jim was a bulwark in this regard during a difficult, high-pressured period of congressional oversight when many SSCI investigations, such as those into the 9/11 attacks and

pre-war intelligence on Iraq, were carried out in public and behind closed doors, and resulted in the production of both unclassified and highly-classified reports.

Some matters before the SSCI were so sensitive that they were limited to the Chairman, Vice Chairman and the two staff directors. During the consideration of this information, I had one-on-one dealings with Jim often, and he unfailing demonstrated to me—by his words and by his actions—that the safeguarding of the information was paramount. I observed that Senators on the committee and fellow committee staffers shared the same confidence in how Jim carried out his duties and came to rely on him in this regard.

As I mentioned earlier, my professional relationship with Jim ended in 2009. However, the friendship we forged at work continued on after I left the committee. I know him to be a proud and loving father of his two boys, and he showed kindness towards my wife and children over the years we have known each other. Recently, we have kept in touch through Christmas cards and the occasional email exchanges.

At some point in our lives, we all fall short of what is required of us. Most failures are ethical or moral failings; some are violations of law. Through my own professional experience, I understand the significance of the matter before the Court, and I do not seek to minimize it.

Knowing Jim as well as I do—as someone who dedicated himself to safeguarding classified and sensitive information, as someone who understood the importance of being truthful—I view his actions in the matter before the Court as an aberration, an anomaly when viewed against an otherwise accomplished and spotless career.

Moreover, I believe Jim is profoundly embarrassed by and contrite over what he did. I believe he feels he let down his family and his friends. I further believe he feels disgraced for violating the trust committee Senators and staff placed in him. I have no doubt the public reporting and judicial proceedings concerning his lapses in judgment have shamed him to the core. In sum, the punishment Jim is already shouldering is considerable and will be everlasting. As such, I do not believe incarceration is warranted.

Thank you for affording me the opportunity to have my voice heard on this important matter before the Court.

Sincerely,

*Andrew W. Johnson*

Andrew W. Johnson

Poolesville, MD



**ROBERT S. LITT**

**Chevy Chase, MD**

Hon. Ketanji Brown Jackson
United States District Court
District of Columbia
333 Constitution Ave., N.W.
Washington, D.C. 20001

Re:  United States v. James A. Wolfe, Crim. No. 18-CR-170 (KBJ)

Your Honor:

I understand that Jim Wolfe is to be sentenced on December 20, after pleading guilty to making a false statement to the FBI concerning his personal relationship with a reporter.  I know nothing of the facts of the case beyond what is contained in the statement of offense, and as a former federal prosecutor I do not condone lying to law enforcement officers.  However, I have known Jim professionally for close to ten years, and I am confident that his behavior in this instance was an aberration that does not reflect his overall integrity and decency.

As General Counsel for the Office of the Director of National Intelligence from 2009 to 2017, I was a frequent visitor to the classified spaces of the Senate Select Committee on Intelligence in the Hart Building, for hearings, briefings, or meetings with committee staff.  On many of those occasions I dealt with Mr. Wolfe, who had overall responsibility for ensuring security at the closed hearing room and the committee's offices.  He was unfailingly courteous, friendly, cooperative and non-partisan.  More importantly, he clearly understood and enforced the importance of protecting the sensitive classified information that the committee dealt with; he would work with visitors to ensure that they had appropriate access with a minimum of hassle, but he would not bend or break the rules no matter how friendly he was with you.  In other words, he behaved as a public servant should:  attentive to his responsibilities without being in any way officious.

I was therefore saddened to read of Jim's arrest and guilty plea, but not in any way surprised that he has taken responsibility for his actions.  I hope that the Court will take account of Jim's long and meritorious service to the nation, and his otherwise unblemished record and character, in sentencing him.

Respectfully submitted,

Robert S. Litt

November 13, 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Jackson,

I am writing in relation to the December sentencing of James (Jim) A. Wolfe. I submit this letter in the hopes that this additional information about Jim is helpful to you.

I met Jim in the Summer of 2000, when I first began working as Foreign Policy Advisor for the Senate Democratic Leader, Senator Tom Daschle. In that position, I interacted with Jim since he was the security officer for the Senate Intelligence Committee. I worked in the Senate until the end of 2005 and occasionally worked with Jim to arrange for meetings in the Intelligence Committee's secure facilities or to arrange to review classified documents.  Starting in January 2009 I began to work for the White House National Security Council and continued to work there until January 2013.  In that period I also interacted with Jim, though less frequently than I had when I worked with him in the Senate, in order to arrange for briefings of and meetings with senators about important national security matters. I also interacted with Jim in 2014 when, as White House Chief of Staff, I led a negotiation with Senator Feinstein, then Chairwoman of the Senate Intelligence Committee, on the declassification of a Senate Intelligence Committee report. Finally, my last interaction with Jim was in July 2017 when I was interviewed by Intelligence Committee Staff members conducting an investigation of Russian meddling in our 2016 elections. On that occasion, Jim helped schedule my appearance before the committee staff and assisted me when I arrived the morning of the appearance.

In all my interactions with Jim he was careful, professional and courteous. Over his many years on the committee staff, he developed not just important experience and expertise but also earned the trust of his superiors and his colleagues, irrespective of party affiliation, a fact that is made clear by Jim's continuation in his important position even as control of the committee rotated between Republicans and Democrats in that same period. In all my dealings with him I have not had any concern about his honesty or his integrity, nor have I personally heard anyone else question these attributes. I have no knowledge of the facts or circumstances of the matter in your court, but my interaction with him has been free of any concern about these personal qualities.

As you consider next steps in his case, I hope you will consider his many years of service to the Senate – service which I personally witnessed – and the country.

I thank you in advance for your consideration of this additional information.

Sincerely,

Denis McDonough

Lisa Peeler



Ellicott City, MD ████████

November 4, 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Re:  Sentencing of James Wolfe

Dear Judge Jackson:

My name is Lisa Peeler.  I am 37 years old and an accountant for the Controller's office at The Johns Hopkins Hospital.  I have been in this position for over 10 years and earned my Bachelor's degree in Accounting and a Master's degree in Business Administration.  I have known Mr. Wolfe as a good friend and neighbor for over three years.

Mr. Wolfe has informed me of the events surrounding his felony conviction of making a false statement to the FBI. In light of these circumstances, I am happy to offer an endorsement of Mr. Wolfe's good character.

In addition to our friendship, Mr. Wolfe is a respectable and caring individual in the community.  We have attended numerous community and social gatherings together and interact frequently while walking our dogs.  Mr. Wolfe has always had the respect of our neighborhood and he will routinely go out of his way to help someone in need.  For example, one of our neighbors needed help unloading a moving truck and Mr. Wolfe willingly assisted to help unload the entire truck.  This instance, among many others, is indicative of Mr. Wolfe's reputation for helpfulness and generosity in our neighborhood.

Additionally, Mr. Wolfe also gave my family and parents a wonderful private tour of the Capitol on August 19, 2016.  We all loved the tour, especially my parents.  Mr. Wolfe's personal tour was very informative and educational.  His incredible knowledge gave such great insight into the building and the workings of Congress.  Mr. Wolfe taught us a lot of the history of the building and the tour was very insightful.  He gave us many exceptional details and showed such respect for the building, system, and all the people.  Mr. Wolfe has a great sense of humor and made the tour so much fun by including fascinating facts and humorous anecdotes about the building.  We were all grateful to have such a memorable personal tour and opportunity to see the beauty and history first hand.

While it is regrettable that Mr. Wolfe has made some unfortunate decisions that resulted in this case, I have witnessed his remorsefulness for his actions.  Although I was shocked to hear of Mr. Wolfe's misconduct, it comes as no surprise that he accepted responsibility for his actions and I believe he will emerge as a better person as a result.  I am aware that he has also been volunteering at Our Daily Bread regularly as well.  Mr. Wolfe has expressed deep regret for making such a serious mistake and it is my sincere hope the Court takes this letter into consideration at the time of sentencing.

Thank you for taking the time to read my letter.

Sincerely,

Lisa Peeler

24 November 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the
District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor:

I write to attest to the character and conduct of a defendant in your court, Mr. James A. (Jim) Wolfe, who is scheduled to be sentenced on December 20, 2018, for the serious crime of presenting false testimony to the Federal Bureau of Investigation.

By way of introduction, I am retired from the federal government after 35 years of service in national security, including as a commissioned Air Force intelligence officer, member of the CIA Senior Intelligence Service, member of the Senior Executive Service in the Executive Office of the President, and professional staff member of both houses of Congress. After leaving government, I have worked as a Vice President with the national security consulting firm, Beacon Global Strategies. Outside of work, I am an ordained Elder in the Presbyterian Church, where I am actively involved in efforts to alleviate urban poverty and homelessness.

I have known Jim Wolfe well professionally for over ten years, and during that time, I also became a friend of his. I first met Jim in 2007 when I was assigned as a Professional Staff Member to the Senate Select Committee for Intelligence (SSCI), where I worked for four years under Vice Chairman, Senator Kit Bond. During my involvement with Jim, I believed him to be the best Security Officer I had worked with in my 35 years in national security service, and I have shared this assessment with many co-workers.

At the SSCI, I was in close and daily contact with Jim. He was completely devoted to the mission of the Committee, and he was absolutely on top of every security-related issue and action. Unlike many Security Officers with whom I had worked, Jim did not make his critical security job "about him". Also, while ensuring that Members, staff, and he, himself, strictly followed all the many rules regarding classified information, he was focused on the job's key outcome -- protecting classified information -- not "administrivia".

I continued to work with Jim when I moved to the House Permanent Select Committee for Intelligence in 2011, where I served four years as Budget Director. In this position, I was responsible, under Chairman Mike Roger's direction, for

preparing the classified budget for the Intelligence agencies and negotiating it with the SSCI. This involved the frequent exchange and control of some of the government's most highly-classified materials -- a process Jim led. He ensured the security and promptness of these exchanges, including the proper dissemination of materials to appropriately-cleared officers in Congress and the Executive Branch.

During my many years working with Jim, he showed no political biases and treated all co-workers and Members of Congress with courtesy and respect. He took great pride in leading special tours of the Capitol for friends and family of staff. This was a completely voluntary function that he cheerfully performed, even when extremely busy with his security responsibilities. I never had any reason to question his integrity, and I also came to know Jim socially as a deeply devoted family man.

I also am aware of, and indeed contributed to, his fund-raising efforts on behalf of our wounded warriors. Jim and his sons personally raised $5,000 for the Heroes Project by sponsoring their own climb to the summit of Mount Whitney (the highest peak in the lower 48 states). Jim also has been volunteering with Catholic Charities to help feed the homeless of Baltimore.

Given everything I know about Jim, I was shocked and saddened by the serious lapse that led him to your bench.

I firmly believe that the circumstances of Jim's criminal case are completely at odds with the main course of his conduct over his 30 plus years of public service in the U.S. Army and U.S. Senate. Moreover, I believe that Jim's legal difficulties have left him deeply chastened. Therefore, I believe he is positioned to return to his community and serve it with the commitment and talent I know him to possess.

Accordingly, I respectfully request that you consider the views I have presented in this letter, along with those of other associates and family members, in reaching a just, wise, and merciful sentence.

Sincerely,

Bryan R. Smith
Alexandria, VA

November 2, 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Your Honor:

I write in support of James A. "Jim" Wolfe, who is scheduled to be sentenced in
your court on December 20, 2018.

By way of introduction, I am 73 years old, a lawyer by training, who retired from
the federal government in 2001, having spent 31 years in various jobs including
nine years as General Counsel of the Senate Select Committee on Intelligence
(SSCI).  When I retired, I was the Inspector General of the Central Intelligence
Agency.

I joined the staff of the SSCI in January, 1987, having been hired by the
committee's vice chairman, Senator Bill Cohen of Maine, to serve as Minority
Counsel of the committee.  My recollection is that Jim had joined the staff shortly
before I arrived, after serving in the security office at the National Security
Agency.  At the time, he was deputy to then Director of Security, Paul Joyal.
When Joyal left the committee not long afterwards, Jim assumed his position.  For
my part, I was made General Counsel of the committee about a year after I arrived,
pursuant to an agreement between the Chairman at the time, David Boren, and
Senator Cohen.   A Minority Counsel was never subsequently hired in the ensuing
nine years I was with the committee.

I worked quite closely with Jim during that entire nine-year period.  As Director of
Security, he was responsible for every aspect of the committee's security:  storing
and handling of classified documents; overseeing the security clearances of
committee staff; physical security for the committee's spaces; dealing with
suspected leaks of classified information by Members and staff; enforcement of the
committee's non-disclosure agreements; and dealing with other committees or
individual Members who, from time to time, required access to classified materials
held by the committee.

While, as Director of Security, he was not involved in the substantive work of the committee, his job was an important one. The ability of the SSCI to establish and maintain its credibility as a capable overseer of the Intelligence Community is dependent upon its ability (real and perceived) to protect the classified information that is shared with it. Jim, I think, was key to that credibility. He was respected by his counterparts in the Intelligence Community whom he made sure understood what he was doing, and how security on his watch was being administered at the SSCI.

Over the nine years I worked with Jim, I recall no slip-ups on his part: no misconduct, no aberrant behavior of any kind, nothing that he should have done but didn't do. He was quiet and self-effacing, and played everything by the book. Politics never entered his frame of reference. If you were violating the committee's security procedures, he was going to come down on you, regardless of whether you were a Democrat or Republican.

You will understand how shocked I was when I read the accounts in the newspapers last fall of what he was alleged to have done. It seemed so out-of-character for the man I had known. Even more dismaying was his subsequent guilty plea, admitting to having lied to the FBI on several occasions.

I have had trouble coming to grips with all of this. I know nothing of what happened here other than what I've read in the newspapers. I have not talked with him about it. Indeed, I have very little contact with Jim over the last sixteen years.

But he remains my friend, and I would, in closing, point out several things to you:

He served the SSCI as its Security Director for 32 years. That in itself is a remarkable accomplishment. Typically, committee staff changes when a new Chairman comes in. Jim was there, as I count, for nine different chairmen, five Democrats and four Republicans.

He would never have been kept on if his job performance had in some manner been derelict. Indeed, I know of nothing he did or was suspected of doing over the last 32 years, personally or professionally, that in any way reflected poorly on him, until this.

I would simply urge you to consider all of this in deciding what his sentence should be. He had an exemplary career in the federal government until now. He

poses no danger to society.  Without a doubt, he made serious mistakes of judgment, but his career and reputation have been ruined as a result.

Thank you.

Sincerely,

L. Britt Snider

Myrtle Beach. SC

Hanover, MD ██████████
November 17, 2018

The Honorable Ketanji Brown Jackson
United States District Judge
United States District Court for the
District of Columbia
E. Barrett Prettyman United States Courthouse
333 Constitution Avenue N.W.
Washington, D.C. 20001

Dear Judge Jackson,

I am writing to you regarding James Wolfe.  I have been the St. Augustine Casserole Coordinate for Our Daily Bread since 2009.  Our Daily Bread is the largest "soup kitchen" in the Maryland and serves 500-800 meals every day.  The casserole program is the cornerstone to their meal program, and without community donations, hundreds of people would go hungry each and every day.

Our church community prepares and donates about 65 casseroles each month, and James has been a regular casserole donor since we began this Ministry almost ten years ago, and James has volunteered at Our Daily Bread since this ministry began.  Six years ago my Dad died a few days before our monthly November collection date, and I sent an e-mail out to our regular donor asking for help - my dad's funeral was scheduled the same day as the collection.  James was the first one to respond, and he collected and delivered the casseroles for me.  This was a genuinely horrible day for my family, but I will never forget James' kindness in stepping in and taking over.

I believe in helping our community, and I also believe in forgiveness.  I am hoping that you will consider James' past contributions to our community and the potential contributions he will be able to make.

Please feel free to call me at ██████████ if you have any questions.

Sincerely,

Dawn M. Weglein