**ADDENDUM**

**Government Exhibits 1 through 12**

**Redacted for the Public Record**

# OFFICE POLICY MANUAL
## FOR THE
## SELECT COMMITTEE
## ON INTELLIGENCE



*July 1, 2012*



**Government Exhibit 1A**

**REDACTED**

## 2.22  Media Relations

Only the Chairman may authorize the Staff Director and the Staff Director's designee, and only the Vice Chairman may authorize the Minority Staff Director and the Minority Staff Director's designee, to communicate with the media in a manner that does not divulge classified or committee sensitive information.  Communication with the media about any matter relating to the Committee without such authorization is prohibited.

**REDACTED**

**Government Exhibit 1A**

## REDACTED

- Failure to follow the Office's computer, e-mail and voicemail, and Internet policies;

## REDACTED

- Unauthorized communications with members of the press, written statements, personal appearances, testimony, articles or comments on any aspect of the employee's official responsibility as an employee of the Office or relating to matters of the Senate;

## REDACTED

**Government Exhibit 1A**

Jim Wolfe

### ACKNOWLEDGEMENT OF RECEIPT OF
### OFFICE POLICY MANUAL FOR THE
### SELECT COMMITTEE ON INTELLIGENCE

I acknowledge that I have received a copy of the Office Policy Manual for the Select Committee on Intelligence and that I have read and understand its contents. I understand the Manual is intended to provide me with general information about policies and procedures that govern my employment.

I further understand that all policies, procedures and benefits described in this Manual are subject to change at any time and at the discretion of the Staff Director.

I acknowledge and understand that employment with the Office is at-will and that all employees serve at the pleasure of the Office. This is so even if I have been hired for a specific or limited period of time. I acknowledge that no one in the Office is authorized to make exception to this understanding. Accordingly, I have the right to resign from my position at any time, and the Office can terminate my employment, with or without cause, at any time, except the Office cannot terminate my employment in violation of the Congressional Accountability Act of 1995, as amended, or any other applicable law. I understand that by signing this Acknowledgement I do not waive my rights under such laws.

(Signature of Employee)

10/23/2012
(Date)

**Government Exhibit 1A**

# OFFICE POLICY MANUAL

## THE SENATE SELECT COMMITTEE ON INTELLIGENCE



*September 2017*

**Government Exhibit 1B**

**REDACTED**

### 2.21  Media Relations

As prescribed by Committee Rule 10.5, only the Chairman and Vice Chairman are authorized to communicate about any matter related to the Office with members of the press without express permission from the Staff Directors. The Chairman may authorize the Staff Director and the Staff Director's designee, and the Vice Chairman may authorize the Minority Staff Director and the Minority Staff Director's designee to communicate with

**Government Exhibit 1B**

the media in a manner that does not divulge classified or committee sensitive information. An employee who receives requests or contacts from the media regarding any issue related to the Office must report them to their respective Staff Director or the Security Director immediately.

**REDACTED**

**Government Exhibit 1B**

## REDACTED

- Failure to follow the Committee's computer, e-mail and voicemail, social media, instant messaging, and Internet policies;

## REDACTED

- Engaging in communications with members of the press, including providing written statements, personal appearances, testimony, articles, or comments on any aspect of the employee's official responsibility as an employee of the Committee or relating to matters of the Senate, that have not been authorized pursuant to the Committee's media relations policy;

## REDACTED

**Government Exhibit 1B**

ACKNOWLEDGEMENT OF RECEIPT OF
OFFICE POLICY MANUAL FOR THE
SELECT COMMITTEE ON INTELLIGENCE

With my signature below, I acknowledge that I have received a copy of the Office Policy Manual ("the Manual") for the Senate Select Committee on Intelligence; that I have read and understand its contents; and that I agree to comply with the policies and procedure set forth in this Manual. The Manual outlines the policies and procedures that govern my employment with the Committee. I further understand that all policies, procedures, and benefits described in this Manual are subject to change at any time and at the discretion of the Staff Directors.

As noted in the Manual, I also acknowledge and understand that employment with the Committee is at-will and that all employees serve at the pleasure of the Committee. This at-will status also applies to individuals who have been hired for a specific or limited period of time. I acknowledge that no one on the Committee is authorized to make exception to this at-will understanding.

As an at-will employee, I understand that I have the right to resign from my position at any time, and the Committee can terminate my employment, with or without cause, at any time, except the Committee cannot terminate my employment in violation of the Congressional Accountability Act of 1995, as amended, or any other applicable law. I understand that by signing this Acknowledgement I do not waive my rights under such laws.

_James A. Wolfe_____
(Name of Employee)

_[signature]_____
(Signature of Employee)

_11/15/2017_____
(Date)

**Government Exhibit 1B**

# SSCI Security Procedures

Security Director

Presentation to SSCI Staff



**Government Exhibit 2**

# SSCI Security Procedures, cont.

- Media Contacts – Only the Staff Directors are authorized to speak to the media. All media inquiries must be forwarded to the Staff Directors – no exceptions.

- Media Disclosures are NOT Authorized Disclosures

- Publication does NOT Constitute Declassification

- Do Not Confirm or Deny Media Disclosures

25

**Government Exhibit 2**

# SSCI Security Procedures, cont.

## #1 Example: SH-219 Stakeouts and probing Qs

## #2 Real example of a media pitch via e-mail and the Staff Member's response:

**From:** Staff Member
**Sent:** Thursday, March 31, 2011 08:01 PM
**To:** Recipient
**Subject:** Re: hello

Hi Sender,
I have nothing against that, but with Committee restrictions, I'm not able to have informal conversations with a reporter. If you'd like information on the Committee, the best person to talk to is our staff director.

Best of luck --
Staff Member

**From:** Sender
**Sent:** Thursday, March 31, 2011 02:59 PM
**To:** Staff Member
**Subject:** hello

Hi Staff Member,

Just writing to say hi. I cover intel for the LA Times and Chicago Tribune, two cities that must have a place in your heart. And I see you went to [University] ! I went to [University]. Ah, shouldn't have told you that, will you meet me for coffee?

Sender
National Security Correspondent
*Los Angeles Times/Chicago Tribune Washington Bureau*
1090 Vermont Avenue NW, Washington, DC 20005

26

**Government Exhibit 2**

From: ███████ (Intelligence)
Sent: Tuesday, October 7, 2014 1:46 PM
To: ███████ (Intelligence); Wolfe, J (Intelligence)
Cc: ███████ (Intelligence)
Subject: FW: █

FYI.

From: ███████ (Intelligence)
Sent: Tuesday, October 07, 2014 1:46 PM
To: **Reporter #1**
Subject: █

**Reporter #1**

As you know, because we have discussed it before, ███████ and other members of the SSCI are not authorized to talk with you pursuant to committee Rule 10.5, which is available at http://www.intelligence.senate.gov/pdfs/11214.pdf.  If you reach out to him again, not only will you not hear back from him, you will also not get any additional comments from me.

███

███
Staff Director
Senate Select Committee on Intelligence
███████

1

**Government Exhibit 3A**

**From:** ▮▮▮▮ (Intelligence)
**Sent:** Wednesday, February 4, 2015 2:48 PM
**To:** Wolfe, J (Intelligence); ▮▮▮▮ (Intelligence)
**Subject:** RE: Reporter

She just tried again (2:07pm), without leaving a message.

**From:** Wolfe, J (Intelligence)
**Sent:** Wednesday, February 04, 2015 10:30 AM
**To:** ▮▮▮▮ (Intelligence); ▮▮▮▮ (Intelligence)
**Subject:** RE: Reporter

Roger.

James A. Wolfe
Director of Security
U.S. Senate
Select Committee on Intelligence

Hart Senate Office Building
Washington, DC 20510

**From:** ▮▮▮▮ Intelligence)
**Sent:** Wednesday, February 04, 2015 10:26 AM
**To:** ▮▮▮▮ (Intelligence); Wolfe, J (Intelligence)
**Subject:** Reporter

**Reporter #1**                               , who writes on NSA surveillance issues, just called my direct line.
She didn't leave a message (I Googled the incoming number), which may suggest she misdialed or is cold-calling
staff. I've never spoken with her, or ever been directly contacted by a reporter. Regardless, I figured I'd flag this
for both of you.

1

**Government Exhibit 3B**

| | |
|---|---|
| **From:** | ███ (Intelligence) |
| **Sent:** | Saturday, April 22, 2017 6:25 PM |
| **To:** | ███ (Intelligence) |
| **Cc:** | Wolfe, J (Intelligence) |
| **Subject:** | Re: ███ reporter |

He sat outside of mine for a good half hour after I slammed the door. It was all a bit stalkerish.

> On Apr 22, 2017, at 6:23 PM, ███ (Intelligence) ███ wrote:
>
> I heard - I also wonder if they didn't get called off while they were sitting in front of my house.
>
>> On Apr 22, 2017, at 6:21 PM, ███ (Intelligence) ███ wrote:
>>
**Reporter #2** says that the reporter will not be showing up at anyone else's house again. She was very apologetic.
>>
>>> On Apr 22, 2017, at 2:51 PM, Wolfe, J (Intelligence) ███ wrote:
>>>
>>> Excellent work!
>>>
>>> James A. Wolfe
>>> Director of Security
>>> U.S. Senate
>>> Select Committee on Intelligence
>>> Hart Senate Office Building, ███ Washington, DC 20510
>>> ███
>>>
>>>
>>> -----Original Message-----
>>> From: ███ (Intelligence)
>>> Sent: Saturday, April 22, 2017 2:50 PM
>>> To: Wolfe, J (Intelligence) ███
>>> Cc: ███ (Intelligence) ███
>>> Subject: Re: ███ reporter
>>>
>>> ███ something. I think he said ███. But I was slamming the door.
>>>
>>>> On Apr 22, 2017, at 2:24 PM, Wolfe, J (Intelligence) ███ wrote:
>>>>
>>>> ███ -- Was it ███?
>>>>
>>>> James A. Wolfe
>>>> Director of Security
>>>> U.S. Senate
>>>> Select Committee on Intelligence
>>>> Hart Senate Office Building, ███ Washington, DC 20510
>>>> ███

1

**Government Exhibit 3C**

>>>> ██████████

>>>>

>>>>

>>>> -----Original Message-----

>>>> From: ████████ (Intelligence)

>>>> Sent: Saturday, April 22, 2017 1:39 PM

>>>> To: Wolfe, J (Intelligence) ████████████ ; ████ ,

>>>> ████

>>>> (Intelligence) ████████████

>>>> Subject: ████ reporter

>>>>

>>>> Showed up at my house. Happy weekend.

2

██████████

**Government Exhibit 3C**

**Government Exhibit 4**

**Entire Exhibit Redacted**

| | |
|---|---|
| **From:** | **Male-1** |
| **Sent:** | Monday, May 8, 2017 11:12 PM |
| **To:** | **Reporter #1**    ; ▇▇▇▇▇▇▇▇▇▇▇▇ |
| | ▇▇▇ |
| **Cc:** | **Male-1** |
| **Subject:** | Fwd: Important information regarding your Yahoo account - target of state-sponsored actors |

Related to the redundant note below, I was immensely appreciative to have already been previously forewarned by the excellent reporting from you guys about the devious targeting of state-sponsored actors last year! Aside from the felonies involved, few people are so fortunate as me to have such strong watchdogs covering their back by keeping an eye out for these deceitful political schemers. Keep up the good work.... -
**Male-1**

Sent from my iPhone

Begin forwarded message:

> **From:** Yahoo <Yahoo@communications.yahoo.com>
> **Date:** May 8, 2017 at 12:15:06 PM EDT
> **To:** **Male-1**
> **Subject: Important information regarding your Yahoo account**
> **Reply-To:** <replies@communications.yahoo.com>



Dear Yahoo User,

Yahoo is committed to protecting the security and safety of our users, and we strive to detect and prevent unauthorized access to user accounts by third parties. We are writing to inform you that we strongly suspect your Yahoo Mail account has been the target of state-sponsored actors. This does not necessarily mean that your account has been accessed.

To learn more about how you can protect yourself and your Yahoo account, please visit Yahoo Help Central at help.yahoo.com and search for "Protect Yourself from Advanced

1

**Government Exhibit 5A**

Attackers" or "SLN26995."

Sincerely,

Yahoo Security Team

Copyright © 2016 Yahoo. All rights reserved.

**Government Exhibit 5A**



Received: from ▮▮▮▮▮▮▮▮ senate.ussenate.us ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ via Mailbox Transport; Mon, 8 May 2017 23:12:46 -0400

for <j_wolfe@▮▮▮▮▮▮▮



From: **Male-1**

Date: Mon, 8 May 2017 23:12:23 -0400

Cc: **Male-1**

**Government Exhibit 5B**

To: **Reporter #1**

Return-Path: **Male-1**

**Government Exhibit 5B**

**From:** Wolfe, J (Intelligence)
**Sent:** Wednesday, May 10, 2017 1:33 PM
**To:**

## REDACTED

**Subject:** FW: Important information regarding your Yahoo account - target of state-sponsored actors

REDACTED

James A. Wolfe
Director of Security
U.S. Senate
Select Committee on Intelligence
Hart Senate Office Building,
Washington, DC 20510
REDACTED

**From: Male-1**
**Sent:** Monday, May 8, 2017 11:12 PM
**To: Reporter #1**                      ;

**Cc: Male-1**

**Subject:** Fwd: Important information regarding your Yahoo account - target of state-sponsored actors

Related to the redundant note below, I was immensely appreciative to have already been previously forewarned by the excellent reporting from you guys about the devious targeting of state-sponsored actors last year! Aside from the felonies involved, few people are so fortunate as me to have such strong watchdogs covering their back by keeping an eye out for these deceitful political schemers. Keep up the good work.... - **Male-**

Sent from my iPhone

Begin forwarded message:

> **From:** Yahoo <Yahoo@communications.yahoo.com>
> **Date:** May 8, 2017 at 12:15:06 PM EDT
> **To: Male-1**
> **Subject: Important information regarding your Yahoo account**
> **Reply-To:** <replies@communications.yahoo.com>

**Government Exhibit 5C**

# YAHOO!

Dear Yahoo User,

Yahoo is committed to protecting the security and safety of our users, and we strive to detect and prevent unauthorized access to user accounts by third parties. We are writing to inform you that we strongly suspect your Yahoo Mail account has been the target of state-sponsored actors. This does not necessarily mean that your account has been accessed.

To learn more about how you can protect yourself and your Yahoo account, please visit Yahoo Help Central at help.yahoo.com and search for "Protect Yourself from Advanced Attackers" or "SLN26995."

Sincerely,

Yahoo Security Team

Copyright © 2016 Yahoo. All rights reserved.

**Government Exhibit 5C**

**From:** **Reporter #1**
**Sent:** Monday, November 7, 2016 1:52 PM
**To:** Wolfe, J (Intelligence)
**Subject:** RE: Hey

Hey Jim,
How are you?
Been awhile.
**Reporter #1**

-----Original Message-----
From: Wolfe, J (Intelligence) [mailto:J_Wolfe@███████████████]
Sent: Wednesday, December 09, 2015 11:38 PM
To: **Reporter #1**
Subject: Re: Hey

Did you make it home safely?

Sent from my iPhone

> On Dec 9, 2015, at 10:56 PM, **Reporter #1**                          wrote:
>
> Very nice meeting you! Enjoyed the chat. **Reporter #1**
>
**Reporter #1**
> Reporter, ███████████
> ████████
> Sent from my iPhone
>
>
>> On Dec 9, 2015, at 10:18 PM, Wolfe, J (Intelligence) <████████████████> wrote:
>>
>> Nice meeting you.
>>
>> ~Jim
>>
>> Sent from my iPhone

**Government Exhibit 6A**

| | |
|---|---|
| **From:** | **Reporter #1** |
| **Sent:** | Thursday, May 11, 2017 11:13 AM |
| **To:** | Wolfe, J (Intelligence) |
| **Subject:** | Hi |

What's your cell?

**Reporter #1**

Reporter, ███████████

███████████

Sent from my iPhone

**Government Exhibit 6B**

| | |
|---|---|
| **From:** | **Reporter #1** |
| **Sent:** | Thursday, May 11, 2017 5:06 PM |
| **To:** | Wolfe, J (Intelligence) |
| **Subject:** | ping |

Hi!
When can we get coffee?

**Reporter #1**

PGP:

1

**Government Exhibit 6C**

| | |
|---|---|
| **From:** | **Reporter #1** |
| **Sent:** | Wednesday, June 21, 2017 10:02 AM |
| **To:** | Wolfe, J (Intelligence) |
| **Subject:** | Pwd |

Jim,

I can't seem to get into the wifi here.

Is the pwd: ███████████ ?

And that 7th digit is a Lower case "l" as in igloo?

**Reporter #1**
Reporter, ███████████
█████████

Sent from my iPhone

1

**Government Exhibit 6D**

| | |
|---|---|
| **From:** | Wolfe, J (Intelligence) |
| **Sent:** | Wednesday, June 21, 2017 10:14 AM |
| **To:** | **Reporter #1** |
| **Subject:** | Re: Pwd |

Did you try "█████████"

Sent from my iPhone

On Jun 21, 2017, at 10:01 AM, **Reporter #1**                          > wrote:

> Jim,
>
> I can't seem to get into the wifi here.
>
> Is the pwd: █████████?
>
> And that 7th digit is a Lower case █████████?
>
> **Reporter #1**
> Reporter, █████████
> █████████
>
> Sent from my iPhone

1

**Government Exhibit 6D**

| | |
|---|---|
| From: | **Reporter #1** |
| Sent: | Wednesday, June 21, 2017 10:20 AM |
| To: | Wolfe, J (Intelligence) |
| Subject: | Re: Pwd |

Didn't work either. I will ask the senate press gallery director.

**Reporter #1**
Reporter, ████████████

████████ iPhone

On Jun 21, 2017, at 10:14 AM, Wolfe, J (Intelligence) <████████████> wrote:

> Did you try "████████"
>
> Sent from my iPhone
>
>> On Jun 21, 2017, at 10:01 AM, **Reporter #1**                    > wrote:
>>
>> Jim,
>>
>> I can't seem to get into the wifi here.
>>
>> Is the pwd: ████████?
>>
>> And that 7th digit is a Lower case ████████?
>>
>> **Reporter #1**
>> Reporter, ████████
>> ████████
>>
>> Sent from my iPhone

1

████████

**Government Exhibit 6D**















**Government Exhibit 7C**




**Government Exhibit 7D**

**Government Exhibit 8**

**Entire Exhibit Redacted**

---------------Text Message for date/time - 2017-10-18T20:25:01.000Z---------------
Message Subject:
Source Address: **Wolfe**
Destinations: **Reporter #4**
Message Contents
Are you on Signal?

---------------Text Message for date/time - 2017-10-18T20:25:28.000Z---------------
Message Subject:
Source Address: **Reporter #4**
Destinations: **Wolfe**
Message Contents
I am

**Government Exhibit 9A**

Government Exhibit 9B

| Address | Date | Date Converted | Body |
|---|---|---|---|
| | | 10/18/17 8:27 PM | Hey |
| | | 10/18/17 8:28 PM | Hey. James, right? |
| | | 10/18/17 8:29 PM | Yes, but you can call me Jim. |
| | | 10/18/17 8:29 PM | Will do. |
| | | 10/18/17 8:29 PM | Do you understand complete discretion? |
| | | 10/18/17 8:30 PM | I understand how to work with anonymous sources, if that's what you're asking. |
| | | 10/18/17 8:30 PM | Good. |
| | | 10/18/17 8:36 PM | What kind of help/info are you usually able to provide? |
| | | 10/18/17 8:43 PM | In other words, what's the best way to work with you? |
| | | 10/18/17 8:51 PM | By never using my name to any of your colleagues or other news related colleagues, got it? |
| | | 10/18/17 8:51 PM | Understood. |
| | | 10/18/17 8:52 PM | I know a lot of people in your firm and other organizations but I never want you to use my name with them. |
| | | 10/18/17 8:55 PM | Got it. |
| | | 10/19/17 11:07 PM | Not sure if this is something you can help with, so if not, you can tell me to bugger off. Has the committee interviewed [____]? [____] told me he's "definitely a person of interest." |
| | | 10/19/17 11:08 PM | He's in the works. |
| | | 10/19/17 11:10 PM | Thanks. Now, is that something I can use from an anonymous source, or is it completely off the record? |
| | | 10/19/17 11:10 PM | OTR. |
| | | 10/19/17 11:10 PM | Ok |
| | | 10/19/17 11:16 PM | Any idea approx. when he might come in? |
| | | 10/19/17 11:16 PM | That detail has not been mailed down yet. |

| | |
|---|---|
| **From:** | REDACTED |
| **Sent:** | Thursday, October 26, 2017 11:08 AM |
| **To:** | **Male-1** |
| **Cc:** | Wolfe, J (Intelligence) |
| **Subject:** | RE: NBC News Q: Meeting with Senate Intel Staff? |

**Male-1** ,

## REDACTED

I've cc'ed our Security Director, Jim Wolfe, who can assist you in entering the building discreetly, if that is something that interests you.

# REDACTED

**From**: **Male-1**
**Sent:** Tuesday, October 24, 2017 9:23 PM
**To:** REDACTED
**Cc:** REDACTED
**Subject:** FW: NBC News Q: Meeting with Senate Intel Staff?

REDACTED

In response to your message of this morning, I am now considering my alternatives in light of this most recent media-circus request that I received approximately one hour later today. Please see below. I was disappointed to receive this latest communication from ████████, in violation of § 9.7 of the Rules of Procedure for the SSCI and the terms we had originally agreed based on your email of Friday, October 6, 2017: "What the Committee would like to prevent is the release of your interview date (which will create a media circus)…"

Although the associated document that I received on October 13 was marked "Committee Sensitive", it's unfortunate that the related Rules, Id., were once again broken today.

As was correctly alluded to on our call from last week, the term subpoena stems from the Latin: sub ("under") and poena ("penalty"). So yes, I plan to be there at ████████. However, given the extraordinary damages already created by the continued illicit leaks stemming from information that has originated with your Committee, I am now considering my alternatives in order to limit the perpetuation of such future serious injury.

Best regards,
**Male-1**

On 10/24/17, 9:58 AM, **Reporter #3**                wrote:

1

# Government Exhibit 10

Hello **Male-1** .

**Reporter #3**          here from █████████ . I hear that you will be paying a visit to Senate Intelligence staffers this week. Is that true? I'm reaching out to confirm if that is indeed the case.

Thanks for your attention to this.

Best,

**Report**
 **#3**

----------

**Government Exhibit 10**



8:21 PM MMS

Your offer for getting together for a drink sounds good. You know, I've watched your career take off even before you ever had a career in journalism. I always loved meeting you over and our little restaurant in "Uniform Sierra" and was always delighted to see your eagerness in pursuing the ▮▮ story, and that ▮▮ was



over and our little restaurant in "Uniform Sierra" and was always delighted to see your eagerness in pursuing the ▮▮ story, and that ▮▮ was something else! I especially loved the way you would take the train to ▮ from ▮ most weekends and meeting up with me to just talk and find out what was going on in each others lives. I always tried to give you as much informa- tion that I could and to



the train to ▮ from ▮ most weekends and meeting up with me to just talk and find out what was going on in each others lives. I always tried to give you as much informa- tion that I could and to do the right thing with it so you could get that scoop before anyone else — I loved that about you! I always loved the way that you would pursue a story like nobody else was doing my hallway. I felt like I was always



else — I loved that about you! I always loved the way that you would pursue a story like nobody else was doing my hallway. I felt like I was always very supportive of your career and the tenacity that you exhibited to chase down a good story. One other important thing to me was that I always loved watching the video that you sent me when you were being inducted into the ▮▮ of

**Government Exhibit 11**





UNCLASSIFIED//FOR OFFICIAL USE ONLY

**<u>INVESTIGATIVE QUESTIONNAIRE</u>**

1.  Do you understand that you are being provided this questionnaire as part of a criminal investigation being conducted by the FBI, not an administrative inquiry by ____SS  l____ (employer), the Department of Justice or other U.S. government agencies?

    Yes____✓____ No_____ Initial: _____

2.  Do you understand and agree that responding to this questionnaire is voluntary, and is not the product of any actual or implied promise, threat, or coercion.

    Yes____✓____ No_____ Initial: _____

3.  Do you understand making false statements, orally or in writing to the FBI in connection with a federal criminal investigation is a violation of law, including but not limited to, a violation of Title 18, United States Code, Section 1001?

    Yes____✓____ No_____ Initial: _____

4.  The FBI is conducting an investigation of the unauthorized disclosure of classified national defense information contained in the following publications:

    [Provide copies of the materials described above for interviewee's review.   Article title is listed in the classified addendum.]

5.  Were you ever briefed on or did you have knowledge of any information contained in the article referenced in the classified addendum prior to the publication?

    Yes_____ No____✓____ Initial: _____

6.  Did you review the classified document in question? If yes, when and where did you review the classified document?

    Yes_____ No____✓____ Initial: _____

    _____

    _____

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Government Exhibit 12**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

7.   If yes to question six, which version of the classified document did you review (original, redacted, or both)?

N/A

8.   Do you know of any other individuals who had access to the classified document? If so, who, where, and when?

No

*For purposes of this interview, the word "contact" includes: (i) any in-person conversations, communications, or interactions whatsoever, planned or unplanned, whether passively received or actively initiated; (ii) any telephonic conversations or communications whatsoever including but not limited to the use of text messages and/or pages; and, (iii) any written communications whatsoever, including but not limited to, email, correspondence, and notes of any kind?   The word "contact" includes communications, as defined in the preceding sentence, of any duration or type whatsoever, including negative responses to media inquiries, whether authorized by your employer or not, and whether considered personal or professional communications.*

9.   Have you ever had any "contact" with the following reporters listed in the classified addendum from the aforementioned article?

|            | Yes | No |
|------------|-----|-----|
| Reporter A |     | ✓ |
| Reporter B |     | ✓ |
| Reporter C |     | ✓ |

10.  Besides Reporter A, Reporter B, and Reporter C, do you currently have or had any "contact" with any other reporters (professional, official, personal)?

Yes ✓       No _____       Initial: CJM

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Government Exhibit 12**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

If yes, who and describe the relationship (professional, official, personal).

Official — No
Professional — No
Personal — No

11.   If yes to question ten, did you discuss or disclose any official U.S. government information or documents whether classified or unclassified which is the property of the U.S. government without express authorization from the owner of the information?

Yes_____     No_____✓_____     N/A:_____

Initial:_____

If yes, please provide details.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Government Exhibit 12**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

12.    If yes to question ten, are you required by _____N/A_____ (employers) to report any contact with members of the media?

Yes_____      No_____      Initial:_____

If yes, did you and to who: _____

_____

_____


13.    Have you ever discussed with, disclosed too, or provided any information on any classified document whatsoever to, any unauthorized person or persons, including, but not limited to, reporters, journalists, co-workers, family members?

Yes_____      No____✓____      Initial:_____

If yes, please identify all such individuals: _____

_____


14.    Are you aware of any other U.S. government employee, or employees, who have discussed, disclosed, or provided any information classified information to any unauthorized person or persons, including, but not limited to, reporters, journalists, co-workers, family members?

Yes_____      No____✓____      Initial:_____

If yes, please identify all such individuals: _____

_____


15.    Do you have any other information that suggest _____ (employer) cannot properly maintain classified information or do you have any other information which may be of value to the investigation?

Yes_____      No____✓____      Initial:_____

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Government Exhibit 12**

UNCLASSIFIED//FOR OFFICIAL USE ONLY

_____

_____

Name (Print):        JAMES A. WOLFE

Title (print):        DIRECTOR OF SECURITY

Address (work):      HSOB,                    WASHINGTON, DC

Telephone number (work/home/cell phones): ████████████    ; ████████

Email (work/personal): ██████████████████████████████

All social media accounts:
_____

_____

Do you have any messaging systems to communicate with reporters? (i.e.: Wickr Me, Signal, Threema, ProtonMail, Snapchat, WhatsApp, Telegram, Xbox, and PS4):
_____

Date of Birth: ████████

Social Security Number: ████████

**Signature:** _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, executed on date: __12/15/2017__ (Today's date).

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**Government Exhibit 12**