# REPLY ADDENDUM

# Government Exhibits 7E, 9C, and 13-17

# Redacted for the Public Record




**Government Exhibit 7E**



Government Exhibit 9C

### Declaration of Special Agent ▮▮▮▮

I, Federal Bureau of Investigation (FBI) Special Agent ▮▮▮▮, do hereby state the following:

1. Among my duties as an Assistant Special Agent in Charge of the FBI's Washington Field Office is the supervision of investigations into unauthorized disclosures of classified national security information. One such investigation, opened in May 2017, was of the unauthorized disclosure to a member of the news media of a classified FBI application under the Foreign Intelligence Surveillance Act (FISA).

2. During the course of this investigation, the FBI learned that the defendant, James A. Wolfe, who may have had access to the classified FISA application in the course of his duties as Director of Security for the U.S. Senate Select Committee on Intelligence (SSCI), was engaged in conduct that appeared to compromise his ability to faithfully fulfill those duties. The FBI was aware that Executive Branch agencies within the Intelligence Community regularly provided classified national security information to the SSCI in furtherance of its oversight function.

3. Upon discovering Wolfe's conduct, the FBI devoted substantial investigative resources to determine whether Wolfe had made unauthorized disclosures of Executive Branch classified information to which he may have been granted access during his tenure as SSCI Director of Security – including the FISA application.

4. Typically, upon learning that a person holding a Top Secret clearance may have disclosed national security information to members of the news media, the FBI would fulfill its "duty-to-warn" obligation by notifying relevant Executive Branch equity holders in order that those agencies could take mitigation measures to protect their national security equities. In this case, because the known disclosure of classified information – the FISA application – involved an

**Government Exhibit 13**

FBI equity, the FBI devoted substantial agent and intelligence analyst resources, to promptly determine whether to make such notification to the broader Intelligence Community.

5.  FBI leadership also took the step of personally notifying the SSCI Chair and Vice Chair of the investigation. In doing so, the FBI requested, in order to avoid the potential destruction of evidence, that the SSCI take no steps to reveal to Wolfe the existence of the investigation until the FBI could conduct additional investigative activity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14 day of December, 2018.

Special Agent

**Government Exhibit 13**

1. As defined in Rule of Procedure of the Senate Select Committee on Intelligence (SSCI) section 10.5, were you as SSCI Director of Security authorized by SSCI to communicate with any media (to include REPORTER #2) since 1 January 2013?

   Yes_____  No___X____

2. Did you provide REPORTER #2 or any unauthorized person, in whole or in part, by way of summary, or verbal nor non-verbal confirmation, the contents of any information controlled or possessed by SSCI to include but not limited to: 1) "Committee sensitive" information as defined in the Rule of Procedure of the SSCI, documents, materials, briefings, testimony, or other information received by, or in the possession of the Committee, 2) any unclassified information, 3) any classified information?

   Yes_____  No___X____

3. Did you assist REPORTER #2 with any information to allow her to develop, start, or initiate any of her news articles whether published or not since 1 January 2013?

   Yes_____  No___X____

4. Did you ever provide REPORTER #2 in whole or in part, by way of summary, or verbal nor non-verbal confirmation, the contents of any unclassified or classified information provided to you in any form by any U.S. government Agency (i.e. Central Intelligence Agency, National Security Agency, Federal Bureau of Investigation)?

   Yes_____  No___X____

Signature: _[signature]_

Date: 1/11/2018

**Government Exhibit 14**

**Government Exhibit 15**

**Redacted in its Entirety**






**Government Exhibit 16**




**Government Exhibit 16**





Government Exhibit 17A






Government Exhibit 17B