UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Criminal No. 18-170 (KBJ)** |
| : | **Sentencing Date: December 20, 2018** |
| **JAMES A. WOLFE**   : | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

James A. Wolfe, through counsel, respectfully submits supplemental authority in support of Mr. Wolfe's Reply to the Government's Sentencing Memorandum, ECF No. 51 (Wolfe Reply Mem.).  *United States v. Davis*, 863 F.3d 894, 910 (D.C. Cir. 2017) relates to the issues addressed in Wolfe Reply Mem. at 9.

Date: December 19, 2018                 Respectfully submitted,

                            _____/s/_____
                            Preston Burton (Bar No. 426378)
                            Benjamin B. Klubes (D.C. Bar No. 428852
                            Lauren R. Randell (D.C. Bar No. 503129)
                            Buckley Sandler LLP
                            1250 24th Street, N.W.
                            Washington, D.C. 20037
                            Telephone: (202) 349-8000
                            Email: pburton@buckleysandler.com

                            Counsel for James A. Wolfe

**CERTIFICATE OF SERVICE**

  I hereby certify that, on December 19, 2018, I caused a copy of the foregoing Notice of Supplemental Authority to be served by electronic means, through the Court's CM/ECF system, upon all counsel of record.

                   _____/s/_____
                   Lauren R. Randell, Esq.