**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**JAMES A. WOLFE** | Criminal No. 18-CR-170 (KBJ) |

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE THAT effective January 17, 2019, Buckley Sandler LLP has changed its name to Buckley LLP.  All future reference to the Firm in this matter should be to Buckley LLP.  The Firm's address and its lawyers' addresses, phone numbers, and fax numbers have not been affected by this change.  However, the e-mail addresses of the Firm attorneys have changed, as reflected in the below signature block.

Dated: January 28, 2019            Respectfully submitted,

/s/ Lauren R. Randell
Benjamin Klubes (D.C. Bar No. 428852)
bklubes@buckleyfirm.com
Preston Burton (D.C. Bar No. 426378)
pburton@buckleyfirm.com
Lauren R. Randell (D.C. Bar No. 503129)
lrandell@buckleyfirm.com
Buckley LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Ph: (202) 349-8000
Fax: (202) 349-8080

*Counsel for Defendant James A. Wolfe*

## **CERTIFICATE OF SERVICE**

I certify that on January 28, 2019, I electronically filed the foregoing Notice of Change of Firm Name using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF.

/s/ *Lauren R. Randell*
Lauren R. Randell (D.C. Bar No. 503129)
Buckley LLP
1250 24th Street NW, Suite 700
Washington, DC 20037
Ph: (202) 349-8000
Fax: (202) 349-8080