**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Criminal No.: 1:18-CR-00170 (KBJ)** |
| | ) | |
| **JAMES A. WOLFE** | ) | |

**NOTICE OF CHANGE OF FIRM ADDRESS**

PLEASE TAKE NOTICE THAT effective April 29, 2019, Buckley LLP has moved to a

new office at 2001 M St., N.W., Suite 500, Washington, DC, 20036.  All future contact or mailings

to the Firm in this matter should be to this new location.  The Firm's telephone numbers, facsimile

number and e-mail addresses remain the same and have not been affected by this change.


Dated:   April 30, 2019                                   Respectfully submitted,


                                                          _____/s/ *Preston Burton*_____
                                                          Preston Burton (D.C. Bar No. 426378)
                                                          Benjamin B. Klubes (D.C. Bar No. 428852)
                                                          Lauren R. Randell (D.C. Bar No. 503129)
                                                          Buckley LLP
                                                          2001 M Street NW, Suite 500
                                                          Washington, DC  20036
                                                          Phone:  (202) 349-8000
                                                          Fax:     (202) 349-8080
                                                          pburton@buckleyfirm.com
                                                          bklubes@buckleyfirm.com
                                                          lrandell@buckleyfirm.com

                                                          *Counsel for Defendant James Wolfe*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of April, 2019, I caused a true and correct copy of

the foregoing Notice of Change of Firm Address, to be filed with the Clerk of Court using the

CM/ECF filing system.

                                                  _____/s/ *Preston Burton*_____

                                                  Preston Burton (D.C. Bar No. 426378)
                                                  Buckley LLP
                                                  2001 M Street NW, Suite 500
                                                  Washington, DC  20036
                                                  Phone: (202) 349-8000
                                                  Fax:    (202) 349-8080
                                                  pburton@buckleyfirm.com