# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

PLAINTIFF/PETITIONER

v.

JAMES A. WOLFE

DEFENDANT/RESPONDENT

**FILED**
MAY 10 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Case No.: 18-170

## PASSPORT RETURN RECEIPT

Passport, number __522195473__, has been returned to the undersigned party.

By: _____
Petitioner/Respondent

ANGELA D. CAESAR, Clerk

By: ___Gwendolyn Franklin___
Deputy Clerk



# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Felicia C. Cannon, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
Catherine Stavlas, Chief Deputy

Reply to Northern Division Address

June 22, 2018

## RECEIPT FOR RETURN OF PASSPORT

Re:   UNITED STATES OF AMERICA vs. "James A. Wolfe"
      Case No. 1:18-mj-01692-JMC

I hereby acknowledge receipt from the Clerk of one Passport ending with 5473 issued by the United States of America which is being transferred pursuant to the Courts Order to the United States District Court for the District of Columbia.

June 22, 2018
Date

Signature of Defendant/Counsel
Deputy Clerk

Receipt for Return of Passport (8/13/2008)

---

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201 • 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov

# UNITED STATES DISTRICT COURT
## OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

*MEMORANDUM*

TO:   Harry Jackson District Court for the District of Columbia          DATE: June 22, 2018

FROM:   Tonia Moorehead District Court for the District of Maryland

SUBJECT: _____

Mr. Jackson,

Please sign and return the Receipt for Return of Passport form in the envelope I have enclosed so that we may retain for our records.



RECEIVED
Mail Room

JUN 26 2018

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JAMES WOLFE

Case No. 18-mj-1692-JMC
Charging District's Case No.:
1:18-cr-00170

\* \* \* \* \* \*

## ORDER

The above-named Defendant surrendered his passport to the United States District Court for the District of Maryland on 6/11/2018 as ordered by this Court. This case has since been transferred to the United States District Court for the District of Columbia. As such, the passport of James Wolfe should be sent to the District of Columbia.

IT IS ORDERED this ___21___ day of ___June___, ___2018___, that the passport of James Wolfe be sent to the United States District Court for the District of Columbia.

J. Mark Coulson
United States Magistrate Judge

U.S. District Court (4/2000) Criminal Magistrate Forms: Appointing Counsel